# **EXHIBIT B**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EMPIRE LEASEHOLDER LLC, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | Case No. 1:26-cv-00004 |
| v. ) | |
| ) | Judge Carl J. Nichols |
| DOUGLAS J. BURGUM, in his official ) | |
| capacity as Secretary of the Interior, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## DECLARATION OF THEODORE MUHLFELDER

Pursuant to 28 U.S.C. § 1746(2), I, THEODORE MUHLFELDER, hereby declare:

1.      Since March 2022, I have served as the Vice President, Power US for Equinor Wind US LLC ("Equinor Wind"), which wholly owns Empire Offshore Wind LLC and Empire Leaseholder LLC (collectively, "Empire Wind"). My present duties and responsibilities include managing Equinor Wind's Asset Development within its Power business, with specific focus on development and execution of the Empire Wind project, which is described further below. Between 2016 and 2022, I held other managerial positions at Equinor. I am fully knowledgeable of the facts set forth herein.

**A.     The Empire Wind Project.**

2.      Equinor Wind is providing project development services for its indirectly, wholly owned subsidiaries Empire Offshore Wind LLC and Empire Leaseholder LLC (collectively, "Empire Wind"). Empire Wind is developing the utility-scale Empire Wind project (the "Project") offshore New York and within Lease OCS-A 0512 ("Lease") and associated easements issued by the Bureau of Ocean Energy Management ("BOEM") in 2017. The sole corporate function of Empire Leaseholder LLC and Empire Offshore Wind LLC is the development, financing, construction, and operation of the Project.

3.      The Project is a 2,070-megawatt ("MW") commercial-scale offshore wind farm located on the Outer Continental Shelf ("OCS") approximately 14 miles offshore New York, in addition to substantial onshore facilities to support the offshore power generation facilities.  The Project is being developed in two phases: Empire Wind 1 ("EW 1") and Empire Wind 2 ("EW 2"). EW 1 will be located in the western portion of the Lease area and will generate approximately 810 megawatts ("MW").  EW 1 will be interconnected to the transmission grid through a substation in Brooklyn, New York.  EW 1 is under active construction.    When completed, EW 1 will consist of 54 offshore wind turbines, one offshore substation, and one onshore substation in Brooklyn, New York.

4.      Empire Wind is also redeveloping the South Brooklyn Marine Terminal ("SBMT"), a long inactive port facility in Brooklyn, New York, as a construction and staging port and operations port for the Project.  This marine terminal is being substantially upgraded to support the Project's construction and staging activities as well as the long-term operations and maintenance activities.

5.      In my role as Vice President, Power, I am familiar with the status of the Project's construction; the Project's permits; the layout and design of the Project; construction and supply contracts for the Project; commercial and real estate agreements related to the Project; and investments made in the Project.   The Project's construction relies on the Lease and the Construction and Operations Plan ("COP") Approval issued by BOEM, and the joint Record of Decision ("ROD") issued by BOEM and the National Marine Fisheries Service ("NMFS"), which documents NMFS's decision to issue the Project's Letter of Authorization ("LOA") pursuant to the Marine Mammal Protection Act ("MMPA") and BOEM's decision to issue the COP Approval.

**B.    Construction Progress.**

6.    Since BOEM approved Empire Wind's COP in February 2024, Empire Wind has made substantial progress on its construction efforts.  Empire Wind estimates that overall, the Project is roughly 60% complete.

7.    In April 2024, Empire Wind commenced construction of the onshore portion of EW 1 at SBMT, and on June 10, 2024, Empire Wind held a formal groundbreaking ceremony for the construction at SBMT.  Work to upgrade the marine terminal is not subject to regulation by BOEM, but that work is needed to facilitate the Project's interconnection into the grid and to undertake operations and maintenance activities for the Project.  Construction of the onshore substation at SBMT is close to 90% complete, with commissioning expected in July 2026.  **Figure 1** below shows the significant construction progress made at SBMT.

**Figure 1: Progress on the Project's Onshore Facilities
at the South Brooklyn Marine Terminal**



8.    In June 2024, Empire Wind began in-water construction work to prepare for installation of the offshore export cable that will bring the Project's power from the offshore

turbines to the onshore substation in Brooklyn, including clearance activities along the route where the cable will be laid, dredging near the shore, and reconstructing the piers at SBMT to accommodate the cable's landfall.

9.    In June 2025, Empire Wind began installing monopile foundations, the steel structures that will support the wind turbine generators. **Figure 2** below shows the monopile foundations installed in the Lease area. Empire Wind completed installation of all 54 monopile foundations in the Lease area in October 2025. In their current condition, the monopile foundations are 72 feet high from the water line and will remain at this height until the remaining wind turbine generator components are installed in October 2026. These wind turbine generator components will arrive at the onshore work site beginning in April 2026. The Project's monopile foundations are currently lit with battery-powered temporary lights to prevent allision risk (*i.e.*, a vessel colliding with a stationary object). Empire Wind intends to equip the monopile foundations with brighter, more permanent lighting following its installation of the Project's electrical system.

**Figure 2: Photos of Monopiles Now Installed in the Lease Area**



10.     Empire Wind has also installed the jacket foundation that will support the Project's offshore substation.  To prevent allision risk, this foundation is currently lit with temporary lighting and protected by a guard boat while Empire Wind awaits the delivery of the offshore substation topside, which is equipped with sufficient lighting and navigational aids.  The guard boat is viewed as a temporary solution and cannot remain onsite in bad weather.  The offshore substation topside will be installed on the jacket foundation and contains transformers and electrical equipment to increase the voltage of the power received from the wind turbines so that the electricity generated by the Project can be efficiently transmitted through the export cable to the onshore substation in Brooklyn.  The offshore substation topside is was contracted at a cost of $224 million.  **Figure 3** below shows the offshore substation topside sailing away from port in Singapore on November 20, 2025, to be transported to the Lease area.

**Figure 3: Offshore Substation Topside In Transport To Lease Area**



11.     The offshore substation topside is equipped with several key safety and navigation features.  Consistent with the Project's COP Approval, the offshore substation topside is interfaced

with an Aircraft Detection Lighting System ("ADLS") capable of adjusting the intensity of the structure's lighting and activating hazard lighting when an aircraft is in the vicinity. The offshore substation topside will also provide critical safety and operational functions to the Project and its personnel, including the U.S. mariners staffing the Project's Marine Coordination Center ("MCC"), which serves as the navigational hub for all activities occurring within and near the Lease area. The MCC monitors vessel traffic and coordinates movements within and around the Lease area to ensure safe operations. The MCC relies on a Very High Frequency ("VHF") radio system aboard one of the Project's support vessels, the *ECO Liberty*. The *ECO Liberty*'s communication capabilities are limited by weather, distance, and operational constraints. Upon installation of the offshore substation topside, the MCC will be fully equipped to monitor vessel traffic, respond promptly to emergencies, and communicate effectively with vessels transiting through the shipping lanes abutting the Lease area. Installation of the offshore substation topside's navigational system will ensure safety of operations, personnel, and vessels in the area.

12.     Empire Wind has begun installation of the inter-array cables that connect each of the wind turbine generators in the Lease area. The inter-array cables will also connect the wind turbine generators to EW 1's offshore substation. Empire Wind has installed roughly 75% of EW1's inter-array cables. In addition to supporting the Project's ultimate operation, the inter-array cables will allow the installation of more permanent navigation lighting right away, in combination with other project features discussed below, to decrease any risk of allision while the Project continues construction. The inter-array cables will also power key navigational equipment on the offshore substation.

13.     Empire Wind has also installed a substantial portion of the Project's two submarine export cables that will deliver electricity to shore. The export cable route for EW 1 stretches

approximately 46 miles between the Lease area and Brooklyn.  Along this route, two export cables will connect the Project's offshore substation to the Project's new onshore substation, facilitating the delivery of power to shore.  In total, 92 miles of export cable will be installed along this route. Empire Wind has installed 84 miles of cable, with the remaining 8 miles scheduled to be installed in state waters.

14.    Critical remaining stages of construction include (i) placement of scour on top of subsea cables and around the offshore substation foundation and monopiles to avoid erosion that could threaten the integrity of the installations; (ii) installation, burial, and protection of remaining inter-array cables that will connect the monopiles to the offshore substation in early January; (iii) transporting the offshore substation topside to the offshore installation site on or about January 10, 2026; (iv) installing the offshore substation topside on or before January 26, 2026; (v) commissioning, hook-up, and full energization of the Project's electrical system (*i.e.*, offshore substation, inter-array cables, and export cables) between February and June 2026; (vi) testing the Project's electrical connection to the onshore substation beginning July 2026; (vii) transporting all wind turbine generator components to the onshore work site and the Lease area between April 2026 and October 2026; and (viii) installing the wind turbine generator towers, nacelles, and blades beginning in October 2026.

15.    First power from the Project (*i.e.*, power from the first wind turbine generator) is expected to be delivered in late 2026.  Empire Wind is scheduled to complete construction of the EW 1 phase by the summer of 2027, with all turbines generating power and the Project being fully operational by the end of 2027.

16.    Construction of an offshore wind project is sequential in nature, and most project components are required to be installed one after another or from the bottom up.  As a result, the

Project's construction schedule is carefully calibrated and tightly constrained, with limited time built into the schedule for weather delays or similar unforeseen events, often referred to as "float." Delays in Empire Wind's construction schedule cause a ripple effect across the overall schedule, impacting other vessel and supply contracts that cannot be renegotiated or replaced, and creating substantial risk to the Project's viability. This ripple effect will become increasingly severe for each day the Project is delayed.

17.    Beyond the typical schedule constraints discussed above, Empire Wind's construction schedule is already unusually constrained due to BOEM's previous issuance of an order, on April 16, 2025, without explanation, that required Empire Wind halt construction of EW 1 for more than a month. This prior delay caused by Interior already eroded the float that was built into the Project's schedule, and allows no room for further delay.

**C.      The Suspension Order.**

18.    On December 22, 2025, Acting Director of BOEM Matthew Giacona issued an order pursuant to 30 C.F.R. § 585.417(b) requiring Empire Wind "to suspend all ongoing activities related to the Empire Wind 1 Project on the Outer Continental Shelf for the next 90 days for reasons of national security."  ("Suspension Order").

19.    The Suspension Order states that during the 90-day period, "BOEM will coordinate with you to determine whether the national security threats posed by this project can be adequately mitigated."  The Suspension Order further states that while BOEM and the Department of War ("DoW") previously known as the Department of Defense ("DoD") will "endeavor to reach a determination on feasible mitigation measures within 90 days following the date of this letter, BOEM may further extend the 90-day suspension period based on the status of those discussions."

20.     The Suspension Order further states that "[e]ven though all ongoing activities at this project are suspended, you may perform any activities that are necessary to respond to emergency situations and/or to prevent impacts to health, safety, and the environment over the next 90 days and during any subsequent extensions."

21.     On December 22, 2025, Empire Wind was in the process of installing the Project's remaining inter-array cables as well as recovering a damaged 650-meter segment of the export cable following a recent storm.  At the same time, scour protection rock, which is placed at the base of offshore installations to prevent erosion and maintain integrity of structures installed in the seafloor, was being loaded onto a vessel for transport to the Lease area.  This scour protection rock will be used to protect the integrity of structures like the monopile foundations and the offshore substation jacket foundation, which are susceptible to erosion.  This work was being completed in preparation for the arrival of the offshore substation topside.  The Project's inter-array cables, export cables, and the scour protection surrounding the offshore substation foundation will be installed before the offshore substation topside is lifted onto its foundation and commissioned to the point that it can be equipped with lighting and navigation aids that will help prevent allision risk and air conditioning to prevent degradation of the topside.

22.     Also on December 22, 2025, the Project's offshore substation topside was in the middle of the Atlantic Ocean in transit to the Lease area from Singapore on a heavy transport vessel, and a specialized heavy lift vessel—Heerema's *Sleipnir*—to perform the installation of the offshore substation topside, which is scheduled to occur on or before January 26, 2026.  The process of the *Sleipnir* lifting the topside off the heavy transport vessel and placing it onto the jacket foundation currently installed on the seafloor is an extremely complex and specialized operation that can only be performed by a very limited number of existing vessels and under

appropriate weather and sea conditions.  Due to the weather and sea condition constraints, Empire Wind's construction schedule allows for more than two weeks (from January 10-26, 2026) for the lift to be performed. Once conditions are determined to be adequate, it will take approximately four to six days to perform the lift and secure the topside onto the jacket.  The vessel is scheduled to leave the Project site by February 1, 2026 to fulfill contractual obligations to other clients.

23.    Also on December 22, 2025, Macro Offshore's *Crossway Eagle*, a specialized accommodation jack-up vessel that provides support facilities for Project construction and living quarters for crew members, was also in transit from Europe to Newport, Rhode Island to assist with hook-up and commissioning of the offshore substation topside following the *Sleipnir*'s lift of the topside onto the already installed foundation. The *Crossway Eagle* jack-up vessel is being transported by a heavy transport vessel.  The *Crossway Eagle* will perform several activities to commission the topside after it is installed by the *Sleipnir*.  First, the *Crossway Eagle* will commission the offshore substation topside's safety systems, including escape routes to railings. Second, it will power-up the offshore substation, which includes lights, emergency lights and navigation aids.  Third, the *Crossway Eagle* will perform work to complete the air conditioning system work to ensure long time preservation of the topside (without which, the topside is subject to degradation from harsh offshore weather).  A support vessel, the *ECO Liberty,* will then ensure that each monopile foundation is maintained properly to provide continuous lighting and navigational aids.

24.    On December 23, 2025, Empire Wind responded to the Suspension Order informing BOEM that Empire Wind "will ensure that all ongoing activities are suspended in accordance with the Suspension Order, except activities that are necessary to respond to emergency situations and/or to prevent impacts to health, safety, and the environment." Empire

Wind also requested a meeting with BOEM to discuss mitigation measures to address BOEM's concerns regarding threats to national security. On January 2, 2025, Empire Wind participated in a meeting with BOEM officials to discuss the Suspension Order, which did not result in a resolution.

25.    Upon receipt of the Suspension Order, Empire Wind reviewed construction activities scheduled for the 90-day suspension period (ending March 22, 2026) and evaluated which activities must continue to prevent impacts to health, safety, and the environment.

26.    On December 23, 2025, Empire Wind informed the Bureau of Safety Environmental Enforcement ("BSEE"), the bureau within the U.S. Department of the Interior responsible for overseeing construction activities on the OCS, that it is necessary to undertake the following activities to prevent impacts to health, safety, and the environment. These activities included (i) installation and protection of the remaining inter-array cable segments to ensure offshore structures, including the monopile foundations and the jacket foundation already placed in the seabed, are properly lit and marked to prevent allision risk (i.e., collision of a vessel with a stationary offshore structure); (ii) repair and recovery of the 650-meter segment of the export cable that was recently damaged by a storm; (iii) placement of scour rock around the monopile foundations for the wind turbines and jacket for the offshore substation already placed in the seabed to avoid erosion and ensure integrity of the structures; (iv) installation of the offshore substation and commissioning and preserving the structure to an interim stage that ensure that critical lighting and navigational features are available for safety; and (v) routine monitoring of the offshore infrastructure. Without certain of these elements, the navigation lighting remains temporary, the MCC's ability to communicate is limited in severe weather, the Project is not

protected from erosion, and the guard boat remains at sea for an indeterminate amount of time without the ability to protect the offshore substation foundation during severe storm events.

27.    Because they were plainly necessary to prevent impacts to health, safety, and the environment, Empire Wind continued certain inter-array cable installation activities, repair and replacement of the damaged portion of submarine export cable between December 23, 2025 and January 5, 2026.

28.    On January 5, 2026—nearly two weeks after Empire Wind informed BSEE of activities it would perform to prevent impacts to health, safety, and the environment, and three days after BOEM met with Empire Wind to discuss the Suspension Order and BOEM raised no objection to the "safety" activities Empire Wind intended to perform—BSEE requested that Empire Wind provide additional information regarding those safety activities, and Empire Wind responded the same day.  Later that day, BSEE informed Empire Wind by email that it was permitted to undertake only limited inter-array cable installation activities (trenching, *i.e.*, burying, inter-array cables already installed on the seafloor) and routine monitoring of offshore infrastructure, portions of the activities described above in paragraph 26 above.  Regarding the remaining activities, BSEE stated that it "cannot allow those actions to occur at this time as these are neither identified as an emergency situation, nor is it a matter that impacts health, safety, and the environment."

29.    On January 5, 2026, after receiving BSEE's directive, Empire Wind took steps to comply with BSEE's instructions and informed its contractors and vessels operating offshore that all activities other than those explicitly authorized by BSEE must cease.

30.    In order to maintain the current construction schedule and ensure the *Sleipnir* is able to complete the necessary lift of the offshore substation topside, Empire Wind must re-

commence construction activities by January 16, 2025. Empire Wind estimates that it needs 10 days to complete the preparatory work necessary prior to performing the offshore substation topside lift, including installation of the inter-array cables and scour protection described above. Empire Wind then needs at least four to six days to complete the offshore substation topside lift. If Empire Wind is not able to begin the lift of the offshore substation topside off of its heavy transport vessel and onto its jacket foundation by January 26, 2026, there is great uncertainty whether Empire Wind will be able to install the structure at all. The *Sleipnir* is only available until February 1, 2026, after which time it must leave the Lease area to complete other contractual commitments scheduled to last at least one year. In order to leave the Lease area by February 1, 2026, the *Sleipnir* must begin the lift activities no later than January 26, 2026. Loss of the *Sleipnir*, and uncertainties regarding the long-term storage of the topside, may alone result in Project cancellation.

31.     As of the date of this Declaration, the *Sleipnir* and the heavy transport vessel transporting the offshore substation topside remain in transit in the Atlantic Ocean to the Lease area and are scheduled to arrive on or about January 10, 2026. Once it arrives, the offshore substation topside can remain on the heavy transport vessel stationed outside the Lease area only for a limited time. Empire Wind estimates that, within 30 days of its arrival to Lease area, the structure will need to be transported to an onshore facility to ensure that the integrity of its electrical equipment is maintained. However, options to store the topside are extremely limited because the structure weighs over 3,000 tons. Empire Wind is currently unaware of any onshore facility capable of storing the offshore substation topside due weight restrictions, the absence of crane equipment capable of handling the weight of the topside, and the limited availability of onshore facilities to store such a large piece of equipment. Further, Empire Wind does not know

if it is capable of obtaining the insurance necessary to store the offshore substation topside onshore. Empire Wind currently expects that if an onshore facility is identified, the offshore substation topside would need to be transported to Europe due to Jones Act limitations that severely limit the ability of Empire Wind's vessels to transport Project components in and out of U.S. ports.

32.     In addition to the activities described above, several other significant construction activities are scheduled to take place during the 90-day suspension period ending March 22, 2026, that are precluded by the Suspension Order.  These activities include the full commissioning of the offshore substation to prepare for energization of the offshore substation.  While Empire Wind believes certain offshore substation commissioning activities are necessary to ensure the structure is properly lit and protected from allision risk following the *Sleipnir*'s installation of the topside, and to allow the guard boat to leave its post, this is only the beginning of the offshore substation commissioning and hook-up process scheduled for February through June 2026.  Empire Wind must complete commissioning of the offshore substation and the full electrical system of the Project by June 2026, because critical testing of the offshore substation is scheduled for July 2026.

33.     Moreover, Empire Wind must complete its full commissioning of the offshore substation by June 2026, because the *Crossway Eagle* specialized jack-up vessel needed to do this work is only chartered through the end of June 2026.  After this date, the *Crossway Eagle* will need to leave the Lease area and will not be available for five years due to its other contractual commitments.  Inability to timely install the topside will have cascading effects that are likely to result in Project cancellation.

34.     Due to the sequential nature of the construction schedule and limited vessel availability, Empire Wind must re-commence offshore construction activities—including (i) installation of the inter-array cables (ii) installation of scour protection, (iii) installation of the

offshore substation topside, and (iv) certain offshore substation topside commissioning activities—by January 16, 2026.  In the interim, the offshore substation topside's jacket foundation will remain lit with temporary lighting and will be protected by a guard boat, which Empire Wind views as insufficient in the long-term to prevent the risk of allision, particularly during the months of January and February when winter storms make offshore navigation more difficult.  Because the guard boat cannot remain to guard the jacket foundation in the event of a severe storm, the jacket would be unguarded in such event, thereby increasing the navigational safety risk.  Once the offshore substation topside reaches the Lease area, it will remain offshore unless and until Empire Wind can identify a facility capable of storing it.

**D.    Project Benefits.**

35.    On May 31, 2024, the New York State Energy Research and Development Authority ("NYSERDA") and Empire Offshore Wind LLC entered into a Purchase and Sale Agreement pursuant to which Empire Offshore Wind LLC must deliver the 810 MW of capacity created by EW 1 to the State of New York in exchange for offshore renewable energy credits. Empire Offshore Wind LLC posted security to finalize the agreement.  This agreement requires Empire Offshore Wind LLC to deliver nearly $5 billion dollars in economic benefits to the State of New York.  EW 1 has the potential to power 500,000 New York homes.  Empire Wind is also party to an interconnection agreement with the New York Independent System Operator ("NYISO") facilitating the Project's interconnection to the electric grid.

36.    Empire Wind estimates that 4,000 people have worked on EW 1's development and construction.  This estimate includes construction workers engaged on site at Empire Wind's onshore facilities and workers engaged in the fabrication of vessels and equipment.  This also

includes the employees of Equinor Wind's U.S. Renewables team, who are responsible for all Project engineering, permitting, project management, and development efforts.

37.    Empire Wind has committed to investing $27 million in community and workforce development initiatives to support the sustainability and resilience of communities hosting the Project, including Brooklyn's Sunset Park neighborhood.  These initiatives will create jobs, enhance workforce skills, drive economic growth, and secure long-term employment of community members.

**E.    Empire Wind's Investment and Financing.**

38.    As of the date of this Declaration, Empire Wind has invested approximately $4 billion in the development and construction of the Project.  This value includes approximately $900 million in development costs prior to BOEM's issuance of the COP Approval, including for permitting, engineering, surveys, and other development activities.  This value also includes $200 million in delay costs incurred by Empire Wind during the pendency of the April 2025 Stop Work Order.  Since BOEM withdrew the Stop Work Order on May 19, 2025, Empire Wind has spent $1.5 billion.

39.    This $4 billion investment also includes significant draw downs on a roughly $3 billion project finance term loan facility obtained to fund the Project's construction.  In December 2024, Empire Wind entered into a Credit Agreement for more than $3 billion in project financing from a consortium of banks and other lenders.  Empire Wind has since drawn $2.7 billion in financing to construct the Project.

40.    As a result of the Suspension Order, Empire Wind is currently prevented from drawing down further on its financing for the construction of the Project, which Empire Wind is using to fund construction efforts and pay employees and contractors.

41.    Under the terms of Empire Wind's credit agreement, the lenders have the basis to seek repayment upon occurrence of an event of default that remains unremedied after a period of 60 days. Events of default under the credit agreement include impairments to government approvals. If the lenders call the loan, the $2.7 billion Empire Wind has drawn down would become immediately due and payable.

42.    Empire Wind has also invested countless man hours in the development and construction of the Project.  Empire Wind's team has worked on the Project for more than eight years, beginning with securing the Project's Lease in December 2016, securing permits for the Project between January 2017 and February 2024, and constructing the Project between February 2024 and the issuance of BOEM's Suspension Order.  It is impossible to precisely calculate the enormous human capital and internal resources that have been committed to the Project, which is in addition to the financial capital that has been committed to the Project.

43.    Empire Wind has also entered into numerous contracts to fabricate, transport, and install the Project components for the construction of EW 1.  The eleven key EW 1 construction contracts alone are valued at approximately $3.85 billion.  Empire Wind's payments to date under these contracts are included in the roughly $4 billion in development costs incurred thus far.

**F.    Any Halt of Construction Would Cause Empire Wind Substantial Harm.**

44.    If the Suspension Order is not lifted, the resulting construction delays and limited vessel availability, coupled with the impairment of Empire Wind's financing, will likely result in Project termination.  As explained below, multiple key risks created by the Suspension Order threaten the Project's viability.  Taken together, these risks resulting from the Suspension Order have produced massive uncertainty and created an untenable regulatory and commercial

environment that makes it difficult, and probably impossible, for Empire Wind to complete the Project.

45.     First, critical construction activities must be commenced by January 16, 2026, to ensure that offshore safety risks are addressed and that the Project's offshore substation topside is installed.  The Project's construction schedule is incredibly complex.  Several factors ranging from the time-of-year restrictions contained in the Project's permits, the limited availability of construction vessels, and the sequential nature of wind farm construction necessitate strict adherence to the construction schedule in order to ensure the Project is eventually constructed at all.  Empire Wind's construction schedule is sequential in nature and Empire Wind cannot conduct simultaneous offshore operations to mitigate delays in the schedule, as this would create significant execution complexity and pose unacceptable operational and safety risk.  For example, to address safety risks caused by lack of adequate and permanent lighting and navigational aids on currently installed offshore structures like the jacket foundation and monopile foundations, Empire Wind must first install the remaining inter-array cables, install scour protection on the offshore substation's jacket foundation, and then install, commission, and energize the offshore substation topside to an interim state.  Doing so will enable Empire Wind to properly light the offshore substation structure, provide the Project's MCC with adequate communication capabilities, and light the monopile foundations currently installed on the seafloor.

46.     Change in the sequential order of these activities further complicates construction efforts and poses additional risks.  For example, attempting the offshore substation lift prior to installing the inter-array cables and scour protection around its jacket foundation would pose substantial additional safety risks.

47.    Empire Wind estimates that it needs 10 days to complete the preparatory work necessary to complete the offshore substation topside lift, and four to six days to complete the lift itself.  Accordingly, if Empire Wind is prevented from re-commencing construction activities by January 16, 2026, it is highly likely the *Sleipnir* will not have adequate time to begin the lift of the offshore substation topside by January 26, 2026, to allow it to leave the Lease area by February 1, 2026.  Due to extremely limited vessel availability, it is highly unlikely that Empire Wind would be able to find a replacement vessel to perform the lift.

48.    Failure to timely complete installation of the offshore substation topside will result in multiple substantial harms, including jeopardizing Empire Wind's ability to construct the Project at all.  The offshore substation's jacket foundation will remain temporarily lit without adequate navigational capabilities.  It will also remain protected solely by a guard boat that would need to leave the area in the event of a severe storm.  The Project's MCC will remain reliant on limited VHF communications through use of the *ECO Liberty*.  Empire Wind's monopile foundations will also remain equipped with only temporary lighting.  These measures are not sufficient to ensure the safety of Project personnel and other vessels transiting in the area surrounding the Lease area in the long-term.  Moreover, if the offshore substation topside remains offshore because Empire Wind is unable to identify a vessel to replace the *Sleipnir* or identify an onshore facility capable of storing the structure, there is unacceptable risk that the integrity of the offshore substation topside and its electrical equipment will be compromised by the offshore elements.  Further, if Empire Wind is unable to commence these offshore construction efforts by January 16, 2026, the resulting delay will jeopardize Empire Wind's ability to construct the Project at all.  A delay beyond January 16, 2026, would create cascading delays to the remaining Project activities, such as offshore substation testing in July 2026 and installation of wind turbine generator

components in October 2026, which cannot be safely completed until the offshore substation topside is installed and commissioned.

49.    Delays of other construction activities pose a similar risk to the construction schedule.  For example, the *Crossway Eagle* is scheduled to complete offshore substation decommissioning activities between February and June 2026.  The *Crossway Eagle* is unavailable to perform offshore substation commissioning after this time due to a five-year contractual commitment following its work on the Project.  The *Crossway Eagle*'s scheduling constraints necessitate completion of this offshore substation commissioning work by June 2026.  Due to limited availability of specialized offshore construction vessels, the *Crossway Eagle* cannot readily be replaced by another vessel.  Without these critical activities, the Project's entire electrical system cannot be energized and therefore cannot produce electricity.

50.    The threat of Project cancellation will become increasingly severe for each day the Project is delayed due to the sequential nature of the Project's construction schedule.  After already losing more than a month of construction time during the pendency of the BOEM's stop work order issued in April 2025, the Project's construction schedule cannot absorb any additional delay. If Empire Wind is not able to begin the construction activities stopped by the Suspension Order by January 16, 2026, there is a substantial risk that Empire Wind will not be able to complete the Project at all.

51.    Beyond the havoc wreaked on Empire Wind's construction schedule described above, construction delays will also require Empire Wind to pay substantial delay and termination costs.  The offshore construction activities that were planned to take place between December 22, 2025 and March 22, 2026, including the offshore substation topside lift, are valued at approximately 200 million, in addition to the $224 million cost of the topside itself.  Construction

delays caused by the Suspension Order will likely require Empire Wind to attempt to renegotiate contracts for the installation of Project components, which may not be possible due to the high demand for several offshore wind construction contractors around the globe.  Several of the Project's construction vessels—including the *Sleipnir* heavy lift vessel, the *Crossway Eagle* specialized jack-up vessel, wind turbine installation vessels, cable installation vessels, scour rock installation vessels, and construction support vessels (*i.e. ECO Liberty*, crew transfer vessels, and service operation vessels)—have been secured for specific windows of time for construction. Empire Wind must pay fees associated with delaying or terminating its current contracts and either attempt to renegotiate with the vessel contractors for new construction windows, if any such windows are available, or identify and engage other vessels that might be available during the necessary construction windows.  Due to the high demand for marine construction and operations vessels, there is a substantial risk that the vessels currently under contract would not be available during any new construction window and that Empire Wind would not be able to identify and engage replacement vessels to meet any new construction window.  Empire Wind estimates that within a matter of weeks, the costs associated with delaying and terminating contracts and postponing the delivery of bespoke project components would make the Project economically unviable.  The month-long delay resulting from Interior's order to stop work last April caused Empire Wind to incur more than $200 million in delay costs and critical construction time.  Now, the Project is unlikely to survive the prospect of a 90-day or longer suspension of activity and the resultant multi-million-dollar costs.

52.    In addition, due to the Suspension Order, Empire Wind is currently prevented from drawing further on its financing for the construction of EW 1, which Empire Wind is using to fund construction efforts and pay employees and contractors.  Empire Wind's inability to draw down

on its construction loan, coupled with delay costs associated with stalled construction activities, have created an immediate financial emergency.

53.    Finally, if the Suspension Order is not lifted by February 22, 2026 (the end of the 60-day cure period under the credit agreement), the lenders that have loaned Empire Wind the financing for construction could then call the $2.7 billion already borrowed by Empire Wind, making it due and payable.

54.    Taken together, these harms will likely result in cancellation of the Project and pose an existential threat to Empire Wind, which exists solely to construct and operate the Project.  If Empire Wind is prevented from constructing the Project, Empire Wind will be unable to fulfill its sole corporate function of developing, constructing, and operating the Project.  A total-Project-loss scenario would result in the loss of Empire Wind's $4 billion investment in the Project, and at least $850 million in termination fees associated with the termination of Empire Wind's eleven key construction contracts. Empire Wind would also forgo the profits it expected to derive from the Project's operation and Empire Wind's sale of power to the NYSERDA.

55.    If the Project is cancelled, thousands of people associated with the Project's construction would be put out of work, including union workers in the State of New York.  It is difficult to calculate the true extent of the consequences of the Project's termination on the various contractors and subcontractors involved in the Project.  At the very least, workers currently involved in the construction phase of the Project would likely be terminated, and subcontractors of Empire Wind's primary contractors may also terminate employees that were expected to be involved in long-term contracts associated with the Project.

56.    If Empire Wind is prevented from constructing the Project, Empire Wind would also be unable to meet its obligations to NYSERDA under the Purchase and Sale Agreement.  As

a result, Empire Wind may be required to surrender security to NYSERDA and/or pay other penalties pursuant to the terms of the Purchase and Sale Agreement.

57.    If Empire Wind is prevented from constructing the Project, Empire Wind's contractors will be unable to perform their contractual obligations, which will subject Empire Wind to delay or termination fees.  For the Project's eleven key construction contracts alone, Empire Wind will be subject to delay or termination fees of roughly $850 million.

58.    Certain Project facilities like SBMT would also need to be "mothballed," meaning that they would need to be shut down and preserved for potential later use or sale and to ensure the premises are safe.  Empire Wind would also be required to pay costs associated with dismantling and scrapping bespoke Project components fabricated especially for the Project, such as the inter-array cables, the wind turbine generator components, and onshore and offshore substation components.  The costs of dismantling and scrapping these components would be roughly $355 million.

59.    In the aggregate, Empire Wind's losses as a result of the Project's cancellation would total approximately $5.3 billion.

60.    The Project's benefits to the economy and local communities would also be lost. At a minimum, nearly $5 billion in economic benefits committed to the State of New York would not be realized.  The Project's benefits to Brooklyn's Sunset Park neighborhood from SBMT would also be jeopardized.  If work does not proceed at the SBMT, the future of this facility remains uncertain, which will negatively impact the public interest.  Without the substantial upgrades and investments planned by Empire Wind, SBMT will struggle to find an alternative use that would bring comparable economic and infrastructural benefits to the area.  The terminal could potentially revert to its previous state of underutilization, missing out on the opportunity to become

a hub for the emerging offshore wind industry. This scenario would result in lost jobs, reduced economic activity for the local community, and a setback for New York City's ambitions to become a leader in renewable energy infrastructure.

61.    Empire Wind would also face reputational damage if it were forced to terminate the Project. Moreover, Empire Wind and its affiliates have committed to building clean, commercial scale energy sources in the U.S. market. Empire Wind has relied on its relationships with citizens and stakeholders, trusted vendors and contractors, lenders and banks, and the State of New York to progress the Project to its current stage of maturity. If Empire Wind were forced to terminate the Project, in addition to its very existence being threatened, its reputation with these parties would be seriously harmed.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 6, 2026

Theodore Muhlfelder
Vice President, Renewables US
Equinor Wind US LLC