# EXHIBIT F

## 3.17. Other Uses (Marine Minerals, Military Use, Aviation)

This section discusses potential impacts on other uses not addressed in other portions of the EIS, including marine minerals, military use, aviation, cables and pipelines, radar systems, and scientific research and surveys, that would result from the proposed Projects, alternatives, and ongoing and planned activities in the geographic analysis area, as shown on Figure 3.17-1 and as shown on Figure 3.13-1 for scientific research and surveys.

### 3.17.1 Description of the Affected Environment for Other Uses (Marine Minerals, Military Use, Aviation)

*Marine Mineral Extraction*

BOEM's Marine Mineral Program manages non-energy minerals (primarily sand and gravel) in federal waters of the OCS and leases access to these resources to target shoreline erosion, beach renourishment, coastal resiliency, and restoration projects. The Marine Mineral Program identifies larger sand resource areas and then partners with USACE, states, and localities on winnowing down these larger areas into sand borrow areas, based on need for beach renourishment. USACE also identifies borrow areas within state waters for beach renourishment. There are no active OCS lease areas for marine minerals within the geographic analysis area (BOEM 2018). BOEM's Marine Mineral Program has identified several sand resource areas off the coast of Long Island that were designated based on the likelihood that usable sand resources exist in the areas (BOEM 2014). There is a state sand resource area off the coast of Lido Beach near Jones Inlet that includes eight smaller sand borrow areas within the geographic analysis area (see Figure 3.17-2). These sand resource areas were recently used for beach renourishment (Empire 2023) and will be utilized again in the near future as needs for beach renourishment continues to increase.

The use of ocean disposal sites to dispose of uncontaminated dredged material is permitted by USACE. Within the New York Bight, there are multiple "available" dredge material disposal sites along the New York state coast and just outside the New Jersey state territorial waters; however, only one site, known as the Jones Inlet Dredged Material Disposal site, off the coast of New York is within the geographic analysis area. This available dredge disposal site is co-located with the sand resource areas described above (Empire 2023). Often, dredged material disposal sites are used as sand borrow areas.

*National Security and Military Uses*

The Offshore Narragansett Bay Range Complex, controlled by the U.S. Navy Fleet Area Control and Surveillance Facility, is within the eastern portion of the geographic analysis area. As part of the range complex, the Narragansett Bay Operating Area extends from the shoreline seaward to approximately 180 nm (333 kilometers) from land at its farthest point (Empire 2023). Airspace warning areas W106A, W106B, W106C, W106D, W105A, and W107B are present within the geographic analysis area (see Figure 3.17-1).

The Narragansett Bay Warning Areas are actively used for U.S. Navy subsurface and surface training and testing activities and are designated for aircraft activity that may be hazardous for nonparticipating aircraft (Empire 2023). Additionally, two USCG weapons training areas within the geographic analysis area are used for small-caliber weapons training, generally from small vessels that transit to the weapons training areas during the day.

Case 1:26-cv-00004-CJN    Document 8-6    Filed 01/06/26    Page 3 of 31

Empire Offshore Wind                                              Section 3.17
Final Environmental Impact Statement    Other Uses (Marine Minerals, Military Use, Aviation)



**Figure 3.17-1   Other Uses Geographic Analysis Area**



**Figure 3.17-2    Marine Mineral Resources**

Case 1:26-cv-00004-CJN    Document 8-6    Filed 01/06/26    Page 5 of 31

Empire Offshore Wind                                                    Section 3.17
Final Environmental Impact Statement        Other Uses (Marine Minerals, Military Use, Aviation)

Two Danger Zones/Restricted Areas, where public access is prohibited or limited due to general use by the U.S. government, are within the geographic analysis area. The largest one is at the mouth of the New York Harbor and is open to unrestricted surface navigation but vessels are cautioned to not anchor, dredge, trawl, or lay cables due to the presence of mines on the seabed (Empire 2023 citing NOAA 2016). The second Danger Zone/Restricted Area is the Naval Weapons Station Earle in Sandy Hook Bay, where ammunition from warships is loaded and unloaded (Empire 2023).

USCG Districts 1 and 5 are responsible for responding to SAR incidents for both air and sea assets within the Lease Area in proximity to Air Station Cape Cod and Air Station Atlantic City. USCG also operates seasonal stations within the region to support the increase in both recreational and commercial fishing during the summer months. From 2008 to 2017, USCG responded to a total of 922 incidents, 18 of which were within the Lease Area. USCG maintains aids to navigation in the region, such as lighted structures, beacons, day markers, range lights, fog signals, and floating buoys. Aircraft from Air Station Cape Cod provide logistical support by carrying cargo, supplies, and personnel to the aids to navigation sites along the New England coast.

Military activities are anticipated to continue to use onshore and offshore areas in the vicinity of the Project area into the future and may involve routine and non-routine activities.

### Aviation and Air Traffic

Multiple public and private-use airports and heliports serve the region surrounding the Project area including Republic Airport and John F. Kennedy International Airport. As described above, portions of the geographic analysis area fall within airspace warning areas.

Air traffic is expected to continue at current levels in and around the Wind Farm Development Area.

### Cables and Pipelines

There are six NOAA-charted submarine cables that cross through the Lease Area, with an additional three uncharted cables that were identified during geophysical survey activities within the Lease Area. None of the charted cables within the Lease Area are currently in service (Empire 2023). Within the EW 1 submarine export cable route, there are four expected crossings of active cables, two anticipated crossings of planned cables, one crossing of a cable where the status is unconfirmed, and potential crossing of six out-of-service cables. The specialized crossing techniques used for crossing pipelines or active cables are not required for crossing out-of-service cables. The EW 2 submarine export cable route is expected to cross one active cable and three planned cables. Active, planned, and cables with an unconfirmed status within the EW 1 and EW 2 submarine export cable corridors include:

- One bundle of two 345-kilovolt HVAC transmission lines buried in the New York Harbor southern utility corridor, active

- Two 138-kilovolt HVAC transmission cable bundles buried in the New York Harbor northern utility corridor, active

- The Neptune Regional Transmission System (Neptune high-voltage direct current to Long Beach, New York), active

- The Poseidon Transmission Cable, planned

- The Wall, New Jersey to Long Island fiber optic telecommunications cable, planned

- A possible New York Telephone Cable between Fort Hamilton and Fort Wadsworth, status unconfirmed

- The FLAG Atlantic South telecommunications cable, active

Case 1:26-cv-00004-CJN    Document 8-6    Filed 01/06/26    Page 6 of 31

Empire Offshore Wind                                                                    Section 3.17
Final Environmental Impact Statement              Other Uses (Marine Minerals, Military Use, Aviation)

There are no charted pipelines within the Lease Area and none were identified during geophysical survey activities; however, there are eight submarine pipelines present within the EW 1 submarine export cable route and one potential pipeline crossing for the EW 2 submarine export cable route if the export cable route comes ashore at the EW 2 Landfall A site. Pipelines within the submarine export cable corridors include:

- Transco Lower New York Bay Lateral gas pipeline, active

- The Transco Raritan Bay Loop gas pipeline, planned

- One gas pipeline buried in the northern New York Harbor utility corridor, active

- Two gas pipelines buried in the southern New York Harbor utility corridor, active

- One petroleum product pipeline buried in the southern New York Harbor utility corridor, active

- Deeply tunneled replacement Brooklyn-Staten Island water siphon, active

- Two retired and partially dismantled Brooklyn-Staten Island water siphons, out of service

Beyond the planned cables identified above and cables for other offshore wind projects, BOEM has not identified any additional publicly noticed plans for planned submarine cables or pipelines in the geographic analysis area (COP Section 8.10.3.1; Empire 2023).

### Radar Systems

Commercial air traffic control, national defense, oceanographic and weather radar systems currently operate in the region. The following 17 radar sites are within the geographic analysis area: Gibbsboro Air Route Surveillance Radar-4 (ARSR-4), Islip Airport Surveillance Radar-9 (ASR-9), New York ASR-9, Newark ASR-9, Riverhead ARSR-4, White Plains ASR-9, McGuire Air Force Base Digital Airport Surveillance Radar, Floyd Bennet Field Terminal Doppler Weather Radar (TDWR), Woodbridge TDWR, and SeaSonde high-frequency radar sites in Amagansett, New York; Bradley Beach, New Jersey; Hempstead, New York; Sandy Hook, New Jersey; Lovaladies, New Jersey; Moriches, New York; Sea Bright, New Jersey; and Seaside Park, New Jersey. The SeaSonde high-frequency radars are used by the NOAA Integrated Ocean Observing System as part of its Surface Currents Program. Surface current data collected are used by USCG's Search and Rescue Optimal Planning System, a decision-support tool that uses ocean observations to narrow search areas.

Of these 17 radar sites, four contain weather radar systems:

- Islip ASR-9, with a Next Generation Weather Radar (NEXRAD) system in Brookhaven, New York

- Floyd Bennett TDWR

- Woodbridge TDWR

- McGuire Air Force Base Digital Airport Surveillance Radar, with a NEXRAD system in Fort Dix, New Jersey

Existing radar systems will continue to provide oceanographic, weather, navigational, and national security support to the region. The number of radars and their coverage area are anticipated to remain at current levels for the foreseeable future.

### Scientific Research and Surveys

Within the geographic analysis area, various federal and state organizations regularly conduct scientific research, including aerial and ship-based scientific surveys. Research in the geographic analysis area

Case 1:26-cv-00004-CJN    Document 8-6    Filed 01/06/26    Page 7 of 31

Empire Offshore Wind                                                              Section 3.17
Final Environmental Impact Statement        Other Uses (Marine Minerals, Military Use, Aviation)

includes oceanographic, biological, geophysical, and archaeological surveys focused on the OCS and nearshore environments, and resources that may be affected by offshore wind development.

NYSERDA has conducted and continues to conduct a variety of studies covering all of the New York Bight in support of offshore wind development, including pre-development, environmental, economic, infrastructure, social, and regulatory studies (NYSERDA 2022). Additionally, extensive studies of the area have been conducted by NOAA and USACE, including seafloor substrate mapping and fisheries studies, using ship-based survey methods (Battista et al. 2019; Guida et al. 2017).

Current fisheries management and ecosystem monitoring surveys conducted by or in coordination with the NMFS NEFSC overlap with offshore wind lease areas in the Mid-Atlantic region. Surveys include (a) Spring Bottom Trawl survey; (b) Autumn Multi-species Bottom Trawl survey; (c) Ecosystem Monitoring survey; (d) NARW aerial survey; (e) Aerial marine mammal and sea turtle survey; (f) Shipboard marine mammal and sea turtle survey; (g) Atlantic surfclam and ocean quahog survey; (h) Atlantic sea scallop survey; and (i) Seal survey (BOEM 2021a). These surveys support management of more than 40 fisheries in the region, more than 30 marine mammal species, and 14 threatened and endangered species (Hare et al. 2022). Additionally, these surveys support numerous other science products produced by NMFS, including ecosystem and climate assessments.

As future wind development continues, alternative platforms, sampling designs, and sampling methodologies could be needed to maintain surveys conducted in or near the Projects.

### 3.17.2    Impact Level Definitions for Other Uses (Marine Minerals, Military Use, Aviation)

Definitions of impact levels are provided in Table 3.17-1. There are no beneficial impacts on other uses.

**Table 3.17-1    Impact Level Definitions for Other Uses (Marine Minerals, Military Use, Aviation)**

| Impact Level | Impact Type | Definition |
|---|---|---|
| Negligible | Adverse | Impacts would be so small as to be unmeasurable. |
| Minor | Adverse | Impacts on the affected activity would be avoided, and impacts would not disrupt the normal or routine functions of the affected activity. Once the Projects are decommissioned, the affected activity would return to a condition with no measurable effects. |
| Moderate | Adverse | Impacts on the affected activity would be unavoidable. The affected activity would have to adjust to account for disruptions due to impacts of the Projects, or, once the Projects are decommissioned, the affected activity could return to a condition with no measurable effects if proper remedial action is taken. |
| Major | Adverse | The affected activity would experience unavoidable disruptions to a degree beyond what is normally acceptable, and, once the Projects are decommissioned, the affected activity could retain measurable effects indefinitely, even if remedial action is taken. |

### 3.17.3    Impacts of the No Action Alternative on Other Uses (Marine Minerals, Military Use, Aviation)

When analyzing the impacts of the No Action Alternative on other uses, BOEM considered the impacts of ongoing activities, including ongoing non-offshore wind and ongoing offshore wind activities, on the

Case 1:26-cv-00004-CJN    Document 8-6    Filed 01/06/26    Page 8 of 31

Empire Offshore Wind                                                    Section 3.17
Final Environmental Impact Statement         Other Uses (Marine Minerals, Military Use, Aviation)

baseline conditions for other uses. The cumulative impacts of the No Action Alternative considered the impacts of the No Action Alternative in combination with other planned non-offshore wind and offshore wind activities as described in Appendix F, *Planned Activities Scenario*.

## 3.17.3.1. Impacts of the No Action Alternative

Under the No Action Alternative, marine mineral extraction, military and national security uses, aviation and air traffic, offshore cables and pipelines, radar systems, and scientific research and surveys described in Section 3.17.1, *Description of the Affected Environment for Other Uses (Marine Minerals, Military Use, Aviation)*, would continue to follow current regional trends and respond to IPFs introduced by other ongoing non-offshore wind and offshore wind activities. Ongoing non-offshore wind activities within the geographic analysis area that would contribute to impacts on other uses would generally be associated with offshore developments and climate change. Ongoing offshore wind activities within the geographic analysis area for scientific research and surveys includes the Block Island Wind Farm project offshore Rhode Island, Coastal Virginial Offshore Wind Pilot project in Lease Area OCS-A 0497, Vineyard Wind 1 project in Lease Area OCS-A 0501, and South Fork Wind Farm project in Lease Area OCS-A 0517.

## 3.17.3.2. Cumulative Impacts of the No Action Alternative

The cumulative impact analysis for the No Action Alternative considers the impacts of the No Action Alternative in combination with other planned non-offshore wind activities and planned offshore wind activities (without the Proposed Action).

No offshore developments, such as the installation of new structures on the OCS outside of planned offshore wind projects, were identified within the geographic analysis area (see Section F.2 in Appendix F for a complete description of ongoing and planned activities). Impacts on the marine environment associated with climate change and commercial fishing have the potential to affect ongoing research and surveys within the geographic analysis area. See Tables F1-15 through F1-19 for a summary of potential impacts associated with ongoing and planned non-offshore wind activities by IPF for other uses.

The sections below summarize the potential impacts of planned offshore wind activities in the geographic analysis area on other uses during construction, O&M, and decommissioning of the Projects. Other planned offshore wind activities in the geographic analysis area for other uses are limited to the construction, O&M, and decommissioning of the Vineyard Mid-Atlantic LLC project in Lease Area OCS-A 0544 and the OW Ocean Winds East LLC project in Lease Area OCS-A 0537.

BOEM expects planned offshore wind development to primarily affect other uses through the following IPFs.

### *Marine Mineral Extraction*

**Presence of structures:** The demand for sand and gravel resources is expected to grow with increasing trends in coastal erosion, storm events, and sea level rise. In state waters, the geographic analysis area includes a sand resource area off the coast of Lido Beach near Jones Inlet that consists of eight smaller sand borrow areas and has a co-located available dredge disposal site known as the Jones Inlet Dredged Material Disposal Site. In federal waters, the geographic analysis area includes four federal sand resource areas. Planned offshore wind project infrastructure, including WTGs and transmission cables, could inhibit future marine mineral extraction activities where the project footprint overlaps with the resource area (COP Figure 8.10-4; Empire 2023). Marine mineral extraction typically occurs within 8 miles of the shoreline, limiting adverse impacts to the offshore export cable routes. Additionally, it may be possible for planned projects to avoid existing and prospective borrow areas through consultation with the BOEM Marine Minerals Program and USACE before an offshore wind cable route is approved. The adverse

Case 1:26-cv-00004-CJN    Document 8-6    Filed 01/06/26    Page 9 of 31

Empire Offshore Wind                                                                    Section 3.17
Final Environmental Impact Statement          Other Uses (Marine Minerals, Military Use, Aviation)

impacts on sand and marine mineral extraction of planned offshore wind activities are anticipated to be minor.

### National Security and Military Uses

The offshore wind lease area geographic boundaries were developed through coordination with stakeholders to address concerns surrounding overlapping military and security uses. BOEM continues to coordinate with stakeholders to minimize these concerns, as needed. Additionally, developers would coordinate with the Department of Defense (DOD) Clearinghouse to review each proposed offshore wind project on a project-by-project basis and would attempt to resolve project concerns identified through such consultation related to military and national security uses with COP approval conditions.

**Presence of structures:** Existing stationary structures in the geographic analysis area are limited to meteorological buoys operated for offshore wind site assessment. Dock facilities and other structures are concentrated along the coastline. Installation of up to 202 WTGs and 4 OSS as part of planned offshore wind projects in the geographic analysis area would affect national security and military uses, including USCG SAR operations, primarily through increased risk of allision with foundations and other stationary structures. Generally, deep-draft military vessels are not anticipated to transit outside of navigation channels unless necessary for SAR operations or other non-typical activities. Smaller-draft vessels moving within or near the wind installation have a higher risk of allision with offshore wind structures. All offshore wind infrastructure will be properly marked in accordance with BOEM guidelines and USCG requirements to decrease allision risk. Allision risk would be further mitigated through coordination with stakeholders on WTG layouts to allow for safe navigation through the offshore wind lease areas in the analysis area.

The construction of planned offshore wind projects in the geographic analysis area would incrementally change navigational patterns and would increase navigational complexity for military vessels and aircraft operating in the region. The structures associated with offshore wind energy may necessitate route changes to navigate around the offshore wind lease areas and to avoid vessels associated with the construction of the project. During construction, the tall equipment necessary for offshore wind installation, such as stationary lift vessels and cranes, could affect military and national security aircraft and would add to the navigational complexity of the area. The presence of new fixed structures within the geographic analysis area has the potential to conflict with military training activities by creating new obstructions. It is assumed; however, that all offshore wind energy projects would coordinate with relevant agencies during the COP development process to identify and minimize conflicts with military and national security operations. Refer to Section 3.16, *Navigation and Vessel Traffic*, for additional discussion of navigation impacts in the offshore wind lease areas.

The installation of WTGs within the geographic analysis area could create an artificial reef effect that attracts species of interest for commercial or recreational fishing and sightseeing, resulting in recreational and commercial vessel traffic farther offshore than typically occurs. An increase in commercial and recreational vessels in and around offshore wind projects could increase the risk of vessel collisions with military and national security vessels and may lead to an increased demand for USCG SAR operations. To accommodate WTGs within the geographic analysis area, USCG may need to adjust its SAR planning and search patterns to avoid structures, leading to a potentially less optimized search pattern and a lower probability of success. Additionally, SAR operations within offshore wind farms would require operational changes and additional training by USCG. The added difficultly of conducting SAR within a wind farm, specifically helicopter search between structures, would lead to increased risk to USCG SAR operators, would negatively affect and hinder USCG SAR efforts, cause USCG to not be able to accept certain SAR missions, and consequent decreased likelihood of success.

Case 1:26-cv-00004-CJN    Document 8-6    Filed 01/06/26    Page 10 of 31

Empire Offshore Wind                                                    Section 3.17
Final Environmental Impact Statement          Other Uses (Marine Minerals, Military Use, Aviation)

Potential mitigation measures used at other offshore wind facilities that could be implemented within the geographic analysis area include operational protocols to stop WTG rotation during SAR aircraft operations and implementation of FAA and BOEM recommended navigational lighting and marking to reduce the risk of aircraft collisions. Wind energy structures would be visible on military and national security vessel and aircraft radar. Even if these mitigation measures were implemented, the presence and layout of large numbers of WTGs could make it more difficult for SAR aircraft to perform operations, leading to less effective search patterns or negative impacts on or hinderance to USCG SAR efforts, and cause USCG to not be able to accept certain SAR missions. This could result in otherwise avoidable loss of life due to maritime incidents.

Navigational hazards would be eliminated as structures are removed during decommissioning. Due to anticipated coordination with agencies and the mitigation measures described above, the cumulative impacts on military and national security uses from planned offshore wind energy activities are anticipated to be minor to moderate.

**Traffic:** Impacts on national security and military uses from vessel traffic related to the construction and operation of planned offshore wind activities on the OCS are expected to be short term and localized. While vessel traffic is expected to increase during construction, military vessel activity within the geographic analysis area is considered low; therefore, the likelihood of construction vessel activity interfering with military activities is anticipated to be low. See Section 3.16, *Navigation and Vessel Traffic*, for more information. Construction periods for the planned offshore wind energy projects within the geographic analysis area (Vineyard Mid-Atlantic LLC and OW Ocean Winds East LLC) are expected to overlap in 2026–2030, which would result in a cumulative impact on traffic volumes. Military and national security vessels may experience congestion and delays in ports due to the increase in vessels associated with offshore wind.

*Aviation and Air Traffic*

**Presence of structures:** Planned offshore wind development could add up to 202 WTGs with maximum blade tip heights of up to 853 feet (260 meters) AMSL to the geographic analysis area between 2026 and 2030. Additionally, stationary and vessel-mounted construction cranes would likely be used in ports and staging facilities during construction to load and unload materials. As these structures are built, aircraft navigational patterns and complexity would incrementally increase in the region around the offshore wind lease areas, along transit routes between ports and construction sites, and locally around ports. These changes could compress lower altitude aviation activity into a more constricted airspace above the offshore wind lease areas, leading to airspace conflicts or congestion and increasing collision risks for low-flying aircraft. After all foreseeable planned offshore wind energy projects are built, there would still be open airspace available over the open ocean. Navigational hazards and collision risks in transit routes would be reduced as construction is completed and would gradually be eliminated as WTGs are removed during decommissioning.

All new and existing stationary structures would have navigational marking and lighting in accordance with FAA, USCG, and BOEM requirements and guidelines. BOEM assumes that offshore wind operators would coordinate with aviation interests throughout the planning, construction, operations, and conceptual decommissioning processes to avoid or minimize impacts on aviation activities and air traffic. For this reason, the adverse impacts on aviation are anticipated to be minor.

*Cables and Pipelines*

**Presence of structures:** At least six NOAA-charted submarine cables, three uncharted cables identified during geophysical survey activities, and eight submarine pipelines are present within the geographic analysis area.

Up to 557 statute miles of submarine cables are expected to be installed within the geographic analysis area as part of planned offshore wind energy project infrastructure for Vineyard Mid-Atlantic LLC (OCS-A 0544) and OW Ocean Winds East LLC (OCS-A 0537). The installation of WTGs and OSS could preclude planned submarine cable placement within the footprint of the foundation, which would cause planned cables to route around these areas. However, the presence of existing submarine cables would not prohibit the placement of additional cables and pipelines. Following standard industry procedures, cables and pipelines can be crossed without adverse impact on existing cables or pipelines. Impacts on submarine cables would be eliminated during decommissioning of offshore wind farms when foundations are removed and if the export and interarray cables associated with those projects are removed.

Project infrastructure associated with planned offshore wind projects, excluding the Proposed Action, including WTGs and OSS and the stationary lift vessels used during construction, may pose allision or collision risks and navigational hazards to vessels conducting maintenance activities on these existing cables. Risk of vessel collision between cable maintenance vessels and vessels associated with proposed offshore wind projects would primarily occur during the construction phase and would be limited by the infrequent nature of submarine cable maintenance activities. Allision risks would be mitigated by navigational hazard markings per FAA, BOEM, and USCG requirements and guidelines. Risk of allision by cable maintenance vessels would decrease to zero after project decommissioning as structures are removed. Minor adverse impacts on existing cables and pipelines due to anticipated planned offshore wind projects are expected.

### Radar Systems

**Presence of structures:** WTGs that are near to or in the direct line of sight of land-based radar systems can interfere with the radar signal, causing shadows or clutter in the received signal. Construction of planned offshore wind projects, excluding the Proposed Action, would add up to 202 WTGs with a maximum blade tip height of up to 853 feet (260 meters) AMSL in the geographic analysis area between 2026 and 2030.

The presence of wind energy infrastructure could lead to localized, long-term, moderate impacts on radar systems. Development of offshore wind projects could incrementally decrease the effectiveness of individual radar systems if the area with WTGs expands within the radar's coverage area. In addition, large areas of installed WTGs could create a large geographic area of degraded radar coverage that could affect multiple radars. Most offshore wind structures are expected to be sited at such a distance from existing and proposed land-based radar system to minimize interference, but some impacts are anticipated.

While BOEM assumes that project proponents would conduct an independent radar analysis and coordinate with FAA and NOAA to identify potential impacts and any mitigation measures specific to aeronautical, military, oceanographic, and weather radar systems, BOEM also considers potential degradation to radar systems when drafting the conditions of COP approval. BOEM would continue to coordinate with the Military Aviation and Installation Assurance Siting Clearinghouse to review each proposed offshore wind project on a project-by-project basis and would attempt to resolve project concerns identified through such consultation related to military and national security radar systems with COP approval conditions. Refer to Section 3.16, *Navigation and Vessel Traffic*, for discussion of impacts on marine vessel radar.

### Scientific Research and Surveys

**Presence of structures:** Construction of planned wind energy projects between 2023 and 2030 in the geographic analysis area would add up to 2,867 foundations (inclusive of WTGs, OSS, and meteorological towers), connected submarine cable systems, and associated vessel activity that would

Case 1:26-cv-00004-CJN     Document 8-6     Filed 01/06/26     Page 12 of 31

Empire Offshore Wind                                                    Section 3.17
Final Environmental Impact Statement        Other Uses (Marine Minerals, Military Use, Aviation)

present additional navigational obstructions for sea- and air-based scientific studies. Collectively, these developments would prevent NOAA from continuing scientific research surveys under current vessel capacities, would affect monitoring protocols in the geographic analysis area, and may reduce opportunities for other NOAA scientific research studies in the area.

This EIS incorporates by reference the detailed summary and potential impacts on NOAA's scientific research provided in the Vineyard Wind Final EIS in Section 3.12.2.5, *Scientific Research and Surveys* (BOEM 2021a). In summary, offshore wind facilities actuate impacts on scientific surveys by preclusion of NOAA survey vessels and aircraft from sampling; impacts on the random-stratified statistical design that is the basis for assessments; alteration of benthic and pelagic habitats and airspace in and around the wind energy development, which would require new designs and methods to sample new habitats; and reduced sampling productivity through navigation impacts of wind energy infrastructure on aerial and vessel surveys. NOAA has determined that survey activities within offshore wind facilities are outside of safety and operational limits. Survey vessels would be required to navigate around offshore wind projects to access survey locations, leading to a decrease in survey precision and operational efficiency. The height of turbines would affect aerial survey design and protocols, requiring flight altitudes and transects to change. Scientific survey and protected species survey operations would therefore be reduced or eliminated as offshore wind facilities are constructed. Offshore wind facilities would disrupt survey sampling statistical designs, such as random stratified sampling. Impacts on the statistical design of region-wide surveys violate the assumptions of probabilistic sampling methods. Development of new survey technologies, changes in survey methodologies, and required calibrations could help mitigate losses in accuracy and precision of current practices caused by the impacts of wind development on survey strata.

Other offshore wind projects could also require implementation of mitigation and monitoring measures identified in records of decision and would include survey mitigation measures consistent with the NMFS/BOEM Final Survey Mitigation Strategy for the Northeast U.S. Region. Identification and analysis of specific measures are speculative at this time; however, these measures could further affect NOAA's ongoing scientific research surveys or protected-species surveys because of increased vessel activity or in-water structures from these other projects. BOEM is committed to working with NOAA toward a long-term regional solution to account for changes in survey methodologies as a result of offshore wind farms.

Overall, reasonably foreseeable offshore wind energy projects in the area would have major effects on NOAA's scientific research and protected-species surveys, potentially leading to impacts on fishery participants and communities; as well as potential major impacts on monitoring and assessment activities associated with recovery and conservation programs for protected species.

### 3.17.3.3.  Conclusions

**Impacts of the No Action Alternative.** Under the No Action Alternative, other uses would continue to be affected by existing environmental trends and activities. BOEM expects ongoing activities to have continuing impacts on military and national security uses, aviation and air traffic, offshore cables and pipelines, radar systems, and scientific research and surveys, primarily through the presence of structures that introduce navigational complexity and vessel traffic.

BOEM anticipates that the impacts of ongoing activities on other uses would be **negligible** for marine mineral extraction, military and national security uses, aviation and air traffic, cables and pipelines, and radar systems. Currently, offshore structures in the geographic analysis area are limited to meteorological buoys associated with planned offshore wind activities. Military and national security use, aviation and air traffic, vessel traffic, commercial fishing, and scientific research and surveys are expected to continue in the geographic analysis area. Impacts of ongoing activities on scientific research and surveys are

Case 1:26-cv-00004-CJN    Document 8-6    Filed 01/06/26    Page 13 of 31

Empire Offshore Wind                                                                        Section 3.17
Final Environmental Impact Statement                        Other Uses (Marine Minerals, Military Use, Aviation)

anticipated to be **major** due to the impacts from ongoing offshore wind activities including the Block Island Wind Facility, Coastal Virginia Offshore Wind pilot project, Vineyard Wind 1 project, and South Fork Wind Farm.

**Cumulative Impacts of the No Action Alternative.** In addition to ongoing activities, BOEM anticipates that the impacts of planned activities would continue to contribute to impacts on other uses. Planned activities expected to occur in the geographic analysis area include increasing vessel traffic; continued residential, commercial, and industrial development onshore and along the shoreline; and possible continued development of FAA-regulated structures such as communication towers. No planned non-offshore wind stationary structures or cables and pipeline development were identified within the offshore portion of the geographic analysis area. BOEM anticipates that any issues with aviation routes or radar systems would be resolved through coordination with the DOD or FAA, as well as through implementation of navigational marking of structures according to FAA, USCG, and BOEM requirements and guidelines.

BOEM anticipates that the cumulative impact of the No Action Alternative would be **negligible** for aviation and air traffic; **minor** for cables and pipelines due to planned routing around foundations and marine mineral extraction; **moderate** for radar systems due to WTG interference; **minor** for military and national security uses except for USCG SAR operations, which would have **major** adverse impacts; and **major** for scientific research and surveys. The presence of stationary structures associated with ongoing and planned offshore wind energy projects could prevent or impede continued NOAA scientific research surveys using current vessel capacities and monitoring protocols or reduce opportunities for other NOAA scientific research studies in the area.

## 3.17.4    Relevant Design Parameters & Potential Variances in Impacts of the Action Alternatives

This EIS analyzes the maximum-case scenario; any potential variances in the proposed Project build-out as defined in the PDE would result in impacts similar to or less than those described in the sections below. The following PDE parameters (Appendix E) would influence the magnitude of the impacts on other uses:

- The number, size, location, and spacing of WTGs;

- Timing of offshore construction and installation activities; and

- Location and route of offshore export cable corridor.

Variability of the proposed Project design exists as outlined in Appendix E. Below is a summary of potential variances in impacts:

- WTG size and location: larger turbines closer to shore could increase impacts on land-based radar systems, movements of civilian and military aircraft, and military vessels.

- WTG spacing: Removal of groups of WTGs, creating spacing of greater than 1 nm, could allow for scientific research and surveys in those areas, decreasing the impact.

- Timing of construction: Construction could affect submarine or surface military vessel activity during typical operations and training exercises.

- Offshore cable route options: The route chosen (including variants within the general route) could conflict with marine mineral extraction or cables and pipelines.

Case 1:26-cv-00004-CJN    Document 8-6    Filed 01/06/26    Page 14 of 31

Empire Offshore Wind                                                          Section 3.17
Final Environmental Impact Statement          Other Uses (Marine Minerals, Military Use, Aviation)

## 3.17.5    Impacts of the Proposed Action on Other Uses (Marine Minerals, Military Use, Aviation)

### Marine Mineral Extraction

**Presence of structures:** None of the sand resource areas identified above in Section 3.17.1 are in the Lease Area; however, the proposed submarine export cable routes for EW 1 and EW 2 would cross, or run adjacent to, portions of both federal and state sand resource areas (Figure 3.17-2). Within federal waters, the EW 1 cable would cross one sand resource area and the EW 2 cable would cross two sand resource areas (COP Figure 8.10-4; Empire 2023). Sand resources offshore Nassau County are limited and the presence of a cable or cables through these areas would restrict the use of the sand for future renourishment projects until decommissioning. The BOEM Marine Minerals Program did an analysis to approximate the volume of potential OCS sand that would become inaccessible within the overlapping 500-meter cable buffer zone using a 5-foot thickness volume. The EW 1 export cable route would exclude approximately 7,300,000 cubic yards of sand resources. The Barrett export cable route would exclude the use of 9,300,000 cubic yards of sand resources. OCS sand resources are valued at approximately $13.60 per cubic yard based on an analysis of four prior OCS projects. Using this analysis, the value of the sand resource excluded from use due to the cable corridors is $225,000,000 (Crist 2021). The need for federal sand resources is expected to increase over time due to increased storm activity, coastal erosion, and sea level rise. These offshore sand resources are used to protect coastal infrastructure and economic viability of the localities in need. Empire has determined that avoidance of all areas identified as having potential sand resources along the submarine export cable route is not possible; however, the cable routing methods include avoiding areas of high sand mobility to avoid routing cables through sand ridges, which are considered ideal potential sand resources.

Within New York state waters, the EW 1 submarine export cable route would avoid a USACE sand resource area approximately 1.1 nm (2 kilometers) south of Coney Island. Two of the considered EW 2 submarine export cable routes have portions that cross a USACE sand borrow area approximately 0.5 nm (1 kilometer) south of Long Beach, New York that is co-located with the Jones Inlet Dredged Material Disposal Site. The entire extent of the USACE sand borrow area is suitable for renourishment material.

During construction, installation of the submarine export cables may result in installation vessels being present within sand resource and dredge disposal sites, with temporarily restricted access to those resources as vessel safety zones are applied to ensure maritime safety. During cable installation, extraction of sand resources or dumping would be temporarily restricted. Submarine export cables would be routed to avoid active sand borrow and disposal sites; however, in the event that existing sand resource areas become sand borrow sites, Empire would work with the appropriate federal and state agencies to identify opportunities to minimize impacts on critical resources. It is expected that the presence of submarine export cables would make up to 312.1 acres of potential sand borrow resources unavailable within the geographic analysis area. Impacts of the Proposed Action on marine mineral extraction are expected to be long term and localized.

### National Security and Military Uses

**Presence of structures:** The addition of up to 147 WTGs and up to 2 OSS would increase the risk of allisions for military vessels during Project operations, particularly in bad weather or low visibility. The presence of structures could also change navigational patterns and add to the navigational complexity for military vessels and aircraft operating in the Project area during construction and operation of the Proposed Action. Project structures would be marked as a navigational hazard per FAA, BOEM, and USCG guidelines and WTGs would be visible on military and national security vessel and aircraft radar, minimizing the potential for allision and increased navigational complexity. Additional navigational

Case 1:26-cv-00004-CJN    Document 8-6    Filed 01/06/26    Page 15 of 31

Empire Offshore Wind                                                    Section 3.17
Final Environmental Impact Statement        Other Uses (Marine Minerals, Military Use, Aviation)

complexity would increase the risk of collision and allisions for military and national security vessels or aircraft within the Project area.

A U.S. Navy Fleet Area Control and Surveillance Facility and airspace warning area W106A is present within the eastern portion of the Lease Area; however, this overlap accounts for less than 1 percent of the total Operating Area. Operations in W106A may occur from the water surface to 3,000 feet mean sea level. With the maximum tip height of 951 feet (290 meters) above MLLW, WTGs proposed in the eastern portion of EW 2 would be taller than the operational airspace floor of the W106A airspace warning area and may require an increase to minimum flight altitudes where they overlap. No areas of overlap along the submarine export cable siting corridors were identified during Empire's engagement with the Naval Seafloor Cable Protection Office. An informal assessment was also submitted to the DOD Clearinghouse in December 2019 for spatial review of the Project area. In a response letter dated July 29, 2020, the DOD Clearinghouse did not refer to the potential for impacts on the Narragansett Bay Operating Area resulting from the Projects (COP Section 8.9.1.1; Empire 2023). In a coordination letter dated April 23, 2021, the Department of the Navy, through the DOD Clearinghouse, requested the ability to coordinate material vendor and foreign visitor reviews to protect defense capabilities from compromise and foreign actors. The Department of the Navy also expressed concern with the deployment of distributed acoustic sensing technology as part of offshore wind energy development and its potential impacts on naval operations (Sample 2021).

One weapons training area used by the USCG for proficiency training in law enforcement operations is within the Lease Area and would be eliminated as a training area. USCG is aware of the proposed facility and is currently evaluating whether an alternate training area may be required. USCG responds to SAR incidents with both air and sea assets, with the Lease Area in proximity to Air Station Cape Cod and Air Station Atlantic City. Within the last 10 years (2008–2017), USCG has responded to a total of 922 incidents, 18 of which were within the Lease Area (Empire 2023). The presence of offshore wind infrastructure has the potential to hinder USCG SAR activities due to increased navigational complexity within the Lease Area and safety concerns of operating among the WTGs. Changing navigational patterns could also concentrate vessels within and around the outsides of the Project area, potentially causing space use conflicts in these locations or reducing the efficiency of SAR operations. USCG may need to adjust its SAR planning and search patterns to accommodate the WTG layout, leading to a potentially less optimized search pattern and a lower probability of success. This could lead to increased loss of life due to maritime incidents. Empire has committed to facilitating USCG SAR trials within and near the Wind Farm Development Area (APM 196).

Construction of the Proposed Action would add up to 147 WTGs and up to 2 OSS that could create an artificial reef effect, attracting species of interest to recreational fishing or sightseeing and adding recreational vessels to existing vessel traffic in the area. The presence of additional recreational vessels would add to the space use conflict and collision risks for military and national security vessels.

**Traffic:** Vessel traffic related to the Projects is expected to be minimal in relation to existing vessel traffic. Increased vessel traffic in the Project area during construction, operations, and decommissioning could result in an increased risk of vessel collisions with military and national security vessels, cause military and national security vessels to change routes, and result in congestion of waterways. Impacts would be greatest during construction when vessel traffic is the greatest and would reduce during operations. Vessel traffic and navigation impacts are summarized in Section 3.16, *Navigation and Vessel Traffic*.

### *Aviation and Air Traffic*

**Presence of structures:** The Proposed Action would install up to 147 WTGs with a maximum blade tip height of up to 951 feet (290 meters) above MLLW in the Wind Farm Development Area. The addition of

Case 1:26-cv-00004-CJN    Document 8-6    Filed 01/06/26    Page 16 of 31

Empire Offshore Wind                                                                Section 3.17
Final Environmental Impact Statement          Other Uses (Marine Minerals, Military Use, Aviation)

these structures would increase navigational complexity and change aircraft navigational patterns around the Wind Farm Development Area.

Two terminal radar approach control sectors overlap with the western section of the EW 1 Lease Area, Fusion 3 and Fusion 5, which have a minimum vectoring altitude of 1,500 feet (457 meters) and 1,800 feet (549 meters) AMSL, respectively. With the maximum design scenario WTG height of 951 feet (290 meters), the vertical distance between the WTG and the minimum vectoring altitude of Fusion 3 and Fusion 5 would be 549 feet (167 meters) and 849 feet (258 meters), respectively. Due to their height, the WTGs proposed in the western section in EW 1 would be taller than the obstacle clearance height and may require an increase to the minimum flight altitudes, pending a review and decision by FAA and BOEM (COP Section 8.6.2.2; Empire 2023).

WTGs and OSS would comply with lighting and marking regulations and would be marked per FAA and USCG rules to minimize and mitigate impacts on air traffic. Due to their size, WTGs would also be visible on aircraft radars. In addition to the long-term presence of the Projects' fixed structures, there is also the potential for temporary impacts on regulated airspace from cranes used to install and repair or replace wind turbine components within the Lease Area. Navigational hazards and collision risks in transit routes would be reduced as construction is completed and be gradually eliminated during decommissioning as WTGs are removed. Adverse impacts on air traffic are anticipated to be localized, long term, and minor.

### Cables and Pipelines

**Presence of structures:** Six out-of-service NOAA-charted submarine cables cross through the Lease Area, with an additional three uncharted cables identified during geophysical surveys, as described above in Section 3.17.1. There are no charted pipelines in the Lease Area and none were identified during geophysical survey activities.

It is anticipated that there would be six crossings of active pipelines and two crossings of out-of-service pipelines along the EW 1 submarine export cable route. The EW 2 submarine export cable route is expected to cross one active and three planned cables. Depending on the landfall location selected, the EW 2 submarine export cable route would have a second crossing of the FLAG Atlantic South telecommunications cable and may cross the active Transco Lower New York Bay Lateral gas pipeline should the EW 2 submarine export cable route come ashore at the EW 2 Landfall A site. If the EW 2 submarine export cable comes ashore at the EW 2 Landfall E site, the route would require crossing a total of three existing, two planned, and one out-of-service submarine assets including the FLAG Atlantic South Telecoms cable, the HVDC Neptune Power Transmission Cable, and the Transco Lower New York Bay Lateral pipeline. The EW 2 submarine export cable route would not cross any pipelines when making landfall at the EW 2 Landfall B or EW 2 Landfall C sites (COP Section 8.10.3.1; Empire 2023).

Where cable or pipeline crossings along the submarine export cable routes are necessary, specific crossing methodologies would be developed. Cable crossings and in-service pipeline crossings would require a physical separation, such as a concrete mattress or an exterior protection product installed on the export cable. Impacts on submarine cables and pipelines would be eliminated during decommissioning of the Projects as the foundations and export and interarray cables are removed.

Project structures including WTGs and OSS, and the stationary lift vessels used during Project construction and installation, may pose allision risks and navigational hazards to vessels conducting maintenance activities on existing submarine telecommunication cables. However, FAA, USCG, and BOEM navigational hazard marking as well as the relative infrequency of cable maintenance activities would minimize the risk of allision. Risk of vessel collision between cable maintenance vessels and

Case 1:26-cv-00004-CJN    Document 8-6    Filed 01/06/26    Page 17 of 31

Empire Offshore Wind                                                          Section 3.17
Final Environmental Impact Statement          Other Uses (Marine Minerals, Military Use, Aviation)

vessels associated with the Projects would be limited to the construction and installation phase and during planned maintenance activities during the operational phase.

### Radar Systems

**Presence of structures:** Air traffic control, national defense, weather, and oceanographic radar within the line of sight of the offshore infrastructure associated with the Proposed Action may be affected by the O&M phase of the Projects. Potential impacts for radar operations over and in the immediate vicinity of the Project area include unwanted radar returns (clutter) resulting in a partial loss of primary target detection and a number of false primary targets, a loss of ocean surface current data, and a partial loss of weather detection including false weather indications.

A review of radar line of sight found that the proposed WTGs at a maximum height of 951 feet (290 meters) could be either partially or fully within the line of sight of the following six radar systems: Islip ASR-9, New York ASR-9, Riverhead ARSR-4, Floyd Bennett TDWR, White Plains ASR-9, and Woodbridge TDWR, two NEXRAD systems, as well as the eight high-frequency oceanographic SeaSonde radars identified in Section 3.17.1 (COP Section 8.6.2.2; Empire 2023). Based on a review of the COP, DOD determined that the Proposed Action would adversely affect radar used for the North American Aerospace Defense Command's air defense mission (Sample 2021). It developed two mitigation strategies to minimize radar impacts including overlapping radar coverage and Radar Adverse impact Management, and three specific mitigation measures to mitigate adverse impacts on radar (see Appendix H, Table H-1). Empire confirmed its intent to enter into a partnership with the DOD Clearinghouse to discuss mitigation for potential impacts resulting from the construction and installation of the Projects (COP Section 8.6.2.2, APM 161; Empire 2023). Empire also intends to initiate coordination with NOAA to minimize and mitigate potential impacts on high-frequency weather ocean current radar systems (APM 162).

### Scientific Research and Surveys

**Presence of structures:** Scientific research and surveys, particularly NOAA surveys supporting commercial fisheries and protected-species research programs, could be affected during the construction and operations of the Proposed Action; however, research activities may continue within the proposed Project area as permissible by survey operators. The Proposed Action would affect survey operations by excluding certain portions of the Lease Area occupied by the Project components from sampling. Additionally, NOAA's Office of Marine and Aviation Operations has determined that the NOAA Ship Fleet would not conduct survey operations within facilities with 1 nm or less separation between turbine foundations. As proposed, the Proposed Action WTGs would have a minimum spacing of no less than 0.65 nm between WTGs, which would mean survey operations in the Wind Farm Development Area would likely be curtailed.

This Final EIS incorporates by reference the detailed analysis of potential impacts on scientific research and surveys provided in the Vineyard Wind Final EIS (BOEM 2021a). The analysis in the Vineyard Wind Final EIS is summarized above under the discussion of the No Action Alternative in Section 3.17.3.2, *Cumulative Impacts of the No Action Alternative*.

The Proposed Action would install up to 147 WTGs with a maximum blade tip of 951 feet (290 meters) above MLLW. Aerial survey track lines for cetacean and sea turtle abundance surveys could not continue at the current altitude (600 feet AMSL) within the Project area because the planned maximum-case scenario for WTG blade tip height would exceed the survey altitude. The increased altitude necessary for safe survey operations could result in lower chances of detecting marine mammals and sea turtles, especially smaller species. Agencies would need to expend resources to update scientific survey

Case 1:26-cv-00004-CJN    Document 8-6    Filed 01/06/26    Page 18 of 31

Empire Offshore Wind                                                      Section 3.17
Final Environmental Impact Statement          Other Uses (Marine Minerals, Military Use, Aviation)

methodologies due to construction and operation of the Proposed Action, as well as to evaluate these changes on stock assessments and fisheries management.

### 3.17.5.1.    Impact of the Connected Action

Under the connected action, a berthing position, crane platform, and transport route would be constructed at SBMT to support offshore wind project development. Because the proposed construction activity is onshore or nearshore, no impacts are expected on marine mineral extraction and scientific research and surveys. Impacts from the connected action are not anticipated on aviation and air traffic or radar systems because proposed SBMT improvements are within an already developed area and would not result in structures tall enough to conflict with existing uses. Additionally, impacts from the connected action on existing submarine cables and pipelines are not expected because substantial dredging is not necessary to create the proposed berthing position at SBMT. Impacts from the connected action are not anticipated on military or national security uses, as SBMT is not typically used for these activities. As described above and in Section 3.16, *Navigation and Vessel Traffic*, military and national security vessels may experience congestion and delays in ports due to the increase in vessels associated with offshore wind, especially when construction periods for multiple offshore wind projects overlap. Development of an additional berthing position at SBMT as proposed under the connected action may alleviate some of the anticipated congestion at surrounding ports during offshore wind construction.

### 3.17.5.2.    Cumulative Impacts of the Proposed Action

The cumulative impacts of the Proposed Action considered the impacts of the Proposed Action in combination with other ongoing and planned non-offshore wind activities, other planned offshore wind activities, and the connected action at SBMT. Planned offshore wind activities in the geographic analysis area for other uses include the construction, O&M, and decommissioning of the Vineyard Mid-Atlantic LLC project in lease area OCS-A 0544 and the OW Ocean Winds East LLC project in Lease Area OCS-A 0537, with the exception that the geographic analysis area for scientific research and surveys includes all ongoing and planned offshore wind activities described in Appendix F, Attachment 2.

In context of reasonably foreseeable environmental trends, the contribution of the Proposed Action to the impacts on marine mineral extraction from ongoing and planned activities would be moderate. BOEM anticipates that planned offshore wind projects would be designed to avoid existing and prospective mineral extraction areas through consultation with the BOEM, USACE, and local agencies; therefore, there would be limited impacts on future mineral extraction activity.

The construction of offshore structures (WTGs and OSS) associated with the Proposed Action would contribute to the impacts on military and national security uses from ongoing and planned activities. While potential impacts on most military and national security uses are anticipated to be minor, installation of up to 349 WTGs throughout the geographic analysis area would hinder USCG SAR operations across a larger area and the proposed EW 1 and EW 2 Projects would eliminate one weapons training area (Figure 3.17-1). Impacts associated with traffic are most likely to occur during the construction and decommissioning timeframes and would be localized and temporary.

The WTGs for the Proposed Action and other planned offshore wind projects would contribute to the increased navigational complexity for aviation and air traffic. Open airspace around the offshore wind lease areas in the geographic analysis area would still exist after all foreseeable planned offshore wind energy projects are built. BOEM assumes that offshore wind project operators would coordinate with aviation interests throughout the planning, construction, operations, and conceptual decommissioning processes to avoid or minimize impacts on aviation activities and air traffic.

Case 1:26-cv-00004-CJN    Document 8-6    Filed 01/06/26    Page 19 of 31

Empire Offshore Wind                                                          Section 3.17
Final Environmental Impact Statement          Other Uses (Marine Minerals, Military Use, Aviation)

The presence of offshore wind structures, such as WTG foundations, could preclude planned submarine cable placement within the foundation footprint, requiring planned cables to route around these areas. However, the placement and presence of the Proposed Action's offshore export cables would not prohibit the placement of additional cables and pipelines because these could be crossed following standard industry protection techniques. In context of reasonably foreseeable environmental trends, the contribution of the Proposed Action to the impacts on cables and pipelines from ongoing and planned activities could result in some localized and long-term impacts. However, these impacts would be negligible because they can be avoided by standard protection techniques.

The Proposed Action would contribute to the impacts on radar systems from ongoing and planned activities, primarily due to the presence of WTGs within the line of sight causing interference with radar systems. Development of offshore wind projects could incrementally decrease the effectiveness of individual radar systems if the field of WTGs expands within the radar system's coverage area. In addition, large areas of installed WTGs could create a large geographic area of degraded radar coverage that could affect multiple radars.

The contribution of the Proposed Action to the impacts on scientific research and surveys from ongoing and planned activities would be long term and major, particularly for NOAA surveys that support commercial fisheries and protected-species research programs. The entities conducting scientific research and surveys would have to make significant annual investments to change methodologies and to implement survey mitigation programs to account for areas occupied by offshore energy components, such as WTGs and cable routes, that are no longer able to be sampled due to the Proposed Action and other offshore wind projects within the geographic analysis area.

### 3.17.5.3.  Conclusions

**Impacts of the Proposed Action.** Under the Proposed Action, up to 147 WTGs with a maximum blade tip of 951 feet (290 meters) above MLLW would be installed, operate, and eventually be decommissioned within the Project area. The presence of these structures would introduce navigational complexity and increased vessel traffic in the area that would continue to have temporary to long-term impacts that range from **negligible** to **major** on marine mineral extraction, military and national security uses, aviation and air traffic, cables and pipelines, radar systems, and scientific research and surveys.

- Marine Mineral Extraction: The offshore export cable routes for the Proposed Action would cross sand resource and ocean disposal areas. Submarine export cable route options that traverse designated sand borrow areas would result in localized, long-term, **moderate** impacts on marine mineral extraction.

- Military and National Security Uses: The installation of WTGs in the Project area would result in increased navigational complexity and increased allision risk, creating potential **moderate** adverse impacts on USCG SAR operations and potential **minor** impacts on all other military and national security uses.

- Aviation and Air Traffic: Potential **minor** impacts on low-level flights would occur, primarily due to the installation of WTGs in the Project area and changes in navigational patterns.

- Cables and Pipelines: Potential impacts on cables and pipelines would be **negligible** due to the use of standard protection techniques to avoid impacts.

- Radar Systems: Potential adverse impacts on radar systems would primarily be caused by the presence of WTGs within the line of sight causing interference with radar systems. With implementation of the mitigation measures for radar identified in Appendix H (Table H-1), impacts on radar would be **moderate** because while mitigation would reduce adverse impacts substantially during the life of the proposed Projects, the affected activity would have to adjust somewhat to

Case 1:26-cv-00004-CJN    Document 8-6    Filed 01/06/26    Page 20 of 31

Empire Offshore Wind                                                                        Section 3.17
Final Environmental Impact Statement          Other Uses (Marine Minerals, Military Use, Aviation)

account for disruptions due to notable and adverse impacts of the Projects. Empire would continue to coordinate with the FAA, DOD, and NOAA on impacts and potential minimization or mitigation options.

- Scientific Research and Surveys: Potential impacts on scientific research and surveys would generally be **major**, particularly for NOAA surveys supporting commercial fisheries and protected-species research programs. The presence of structures would exclude certain areas within the Project area occupied by Project components (e.g., WTG foundations, cable routes) from potential future vessel and aerial sampling, and could affect survey gear performance, efficiency, and availability.

The connected action alone would have **negligible** adverse impacts on marine mineral extraction, military and national security uses, aviation and air traffic, cables and pipelines, radar systems, and scientific research and surveys.

**Cumulative Impacts of the Proposed Action.** In context of reasonably foreseeable environmental trends in the area, the contribution of the Proposed Action to the impacts of individual IPFs resulting from ongoing and planned activities would range from **negligible** to **major**. Considering all IPFs together, BOEM anticipates that the cumulative impacts associated with the Proposed Action when combined with ongoing and planned activities would be **negligible** for cables and pipelines; **minor** for aviation and air traffic, and most military and national security uses; **moderate** for marine mineral extraction, radar systems, and USCG SAR operations; and **major** for NOAA's scientific research and surveys. The presence of structures associated with the Proposed Action and increased risk of allisions are the primary drivers for impacts on other marine uses. Impacts on NOAA scientific research and surveys would qualify as major because entities conducting surveys and scientific research would have to make significant investments to change methodologies to account for unsampleable areas, with potential long-term and irreversible impacts on fisheries and protected-species research as a whole, as well as on the commercial fisheries community. There could be impacts on other types of surveys, and increased opportunities to study impacts of offshore wind development on a variety of resources.

### 3.17.6    Impacts of Alternatives B, C, E, and F on Other Uses (Marine Minerals, Military Use, Aviation)

**Impacts of Alternatives B, C, E, and F.** The impacts resulting from individual IPFs associated with the construction and installation, O&M, and decommissioning of the Projects under Alternatives B, C, E, and F would be similar to those described under the Proposed Action. Alternatives B, E, and F would alter the turbine array layout. Alternatives B and E would allow for installation of up to 147 WTGs as defined in Empire's PDE and Alternative F would allow for installation of up to 138 WTGs. Alternative C would select one of two submarine export cable route options for EW 1 that are both included within the PDE for the Proposed Action.

Impacts of Alternative B would be similar to those of the Proposed Action for marine mineral extraction, military and national security uses, aviation and air traffic, cables and pipelines, and scientific research and surveys. Alternative B could potentially decrease impacts on radar systems by removing up to six WTG positions closest to the shore, which would possibly reduce line-of-sight impacts; however, localized, long-term impacts on radar systems are still anticipated. Alternative B could slightly decrease the impacts on military and national security uses by removing the risk of an allision where the TSS lane is at its most narrow in relation to structures within the Lease Area.

Impacts of Alternatives E and F would be similar to those of the Proposed Action for marine mineral extraction, aviation and air traffic, cables and pipelines, radar systems, and scientific research and surveys. Alternative E could slightly decrease the impacts on military and national security uses by creating a buffer between the EW 1 and EW 2 turbine arrays. Alternative F could slightly decrease the

impacts on military and national security uses by reducing space-use conflicts and risk of allision with structures. See Section 3.16, *Navigation and Vessel Traffic,* for more information on navigation impacts.

Under Alternative C, BOEM would approve only one of the two EW 1 submarine export cable route options included in Empire's PDE that would traverse either the Gravesend Anchorage Area or the Ambrose Navigation Channel on the approach to SBMT. All other design parameters and potential variability in the design would be the same as under the Proposed Action. Impacts of Alternative C would be similar to those of the Proposed Action for marine mineral extraction, aviation and air traffic, cables and pipelines, radar systems, and scientific research and surveys. Alternative C-1 would avoid conflicts with navigation and channel maintenance; however, consistent with analysis in Section 3.16, *Navigation and Vessel Traffic*, impacts of vessel traffic on military and national security would be the same as described under the Proposed Action.

**Cumulative Impacts of Alternatives B, C, E, and F.** In context of reasonably foreseeable environmental trends in the area, the contribution of Alternatives B, C, E, and F to the cumulative impacts on other uses would be the same as described under the Proposed Action.

### 3.17.6.1.    Conclusions

**Impacts of Alternatives B, C, E, and F.** Implementation of Alternatives B, C, E, and F would not result in meaningfully different types or magnitudes of impacts on other uses as compared to the Proposed Action. The overall level of impact would remain similar to that of the Proposed Action, and the impacts of each alternative resulting from individual IPFs associated with these alternatives would be **negligible** for cables and pipelines; **minor** for aviation and air traffic; **minor** for most military and national security uses; **moderate** for marine mineral extraction, radar systems, and USCG SAR operations; and **major** for scientific research and surveys.

**Cumulative Impacts of Alternatives B, C, E, and F.** In context of reasonably foreseeable environmental trends, the contribution of Alternatives B, C, E, and F to the cumulative impacts on other uses would be similar to that described under Proposed Action. The impacts would range from **negligible** for cables and pipelines; **minor** for aviation and air traffic and most military and national security uses; **moderate** for marine mineral extraction, radar systems, and USCG SAR operations; and **major** for NOAA's scientific research and surveys. The presence of structures associated and increased risk of allisions are the primary drivers for impacts on other marine uses.

### 3.17.7    Impacts of Alternative D on Other Uses (Marine Minerals, Military Use, Aviation)

**Impacts of Alternative D.** The impacts resulting from individual IPFs associated with the construction and installation, O&M, and decommissioning of the Projects under Alternative D would be similar to those described under the Proposed Action. Under Alternative D, BOEM would only approve submarine export cable route options for EW 2 that avoid the sand borrow areas offshore Long Island near Jones Inlet by at least 500 meters.

Impacts of Alternative D would be similar to those of the Proposed Action for military and national security uses, aviation and air traffic, cables and pipelines, radar systems, and scientific research and surveys. Alternative D could decrease impacts on marine mineral extraction, as it would decrease the impacts on the state sand borrow area offshore Long Island. Because these borrow areas are closest to shore and therefore have the least cost to USACE and cost-sharing partners, they are frequently used for coastal resiliency and beach nourishment projects. By avoiding crossing sand borrow areas, USACE is better able to undertake resilience projects in a cost-effective manner and meet the demand for clean sand for these projects. While the submarine export cable route proposed under Alternative D would avoid the

Case 1:26-cv-00004-CJN    Document 8-6    Filed 01/06/26    Page 22 of 31

Empire Offshore Wind                                                    Section 3.17
Final Environmental Impact Statement          Other Uses (Marine Minerals, Military Use, Aviation)

smaller state borrow areas offshore Long Island, the export cable route would still travel through the larger federal sand resources farther offshore.

**Cumulative Impacts of Alternative D.** In context of reasonably foreseeable environmental trends in the area, the contribution of Alternative D to the cumulative impacts on other uses would be the same as that described under the Proposed Action.

### 3.17.7.1.   Conclusions

**Impacts of Alternative D.** The overall level of impacts from Alternative D would remain similar to that of the Proposed Action. While the impacts on state borrow areas would be significantly reduced, impacts on federal sand borrow areas would remain the same as described under the Proposed Action. The impacts of Alternative D resulting from individual IPFs would be **negligible** for cables and pipelines; **minor** for aviation and air traffic; **moderate** for marine minerals extraction; **minor** for most military and national security uses; **moderate** for radar systems and USCG SAR operations; and **major** for scientific research and surveys.

**Cumulative Impacts of Alternative D.** In context of reasonably foreseeable environmental trends, the contribution of Alternative D to the cumulative impacts on other uses would be similar to that described under the Proposed Action. The impacts would range from **negligible** for cables and pipelines; **minor** for aviation and air traffic and most military and national security uses; **moderate** for marine mineral extraction, radar systems, and USCG SAR operations; to **major** for NOAA's scientific research and surveys. The presence of structures and increased risk of allisions are the primary drivers for impacts on other marine uses.

### 3.17.8    Impacts of Alternatives G and H on Other Uses (Marine Minerals, Military Use, Aviation)

**Impact of Alternatives G and H.** The impacts resulting from individual IPFs associated with the construction and installation, O&M, and decommissioning of the Projects under Alternatives G and H would be similar to those described under the Proposed Action. Under Alternative G, EW 2 would use a cable bridge for the EW 2 onshore cable crossing of Barnums Channel. Alternative H would use a method of dredge or fill activities that would reduce the discharge of dredged material during construction of the EW 1 landfall at SBMT.

**Cumulative Impacts of Alternatives G and H.** In context of reasonably foreseeable environmental trends in the area, the contribution of Alternatives G and H to the cumulative impacts on other uses would be the same as that described under the Proposed Action.

### 3.17.8.1.   Conclusions

**Impacts of Alternatives G and H.** Modifications to onshore components are not likely to have impacts on the resources evaluated under other uses. Implementation of Alternatives G and H would not result in meaningfully different types or magnitudes of impacts on other uses as compared to the Proposed Action. The overall level of impact would remain similar to that of the Proposed Action, and the impacts of each alternative resulting from individual IPFs associated with these alternatives would be **negligible** for cables and pipelines; **minor** for aviation and air traffic, and most military and national security uses; **moderate** for marine mineral extraction, radar systems, and USCG SAR operations; and **major** for NOAA's scientific research and surveys.

**Cumulative Impacts of Alternatives G and H.** In context of reasonably foreseeable environmental trends, the contribution of Alternatives G and H to the cumulative impacts of on other uses would be similar to that described under the Proposed Action. The impacts would range from **negligible** for cables

Case 1:26-cv-00004-CJN    Document 8-6    Filed 01/06/26    Page 23 of 31

Empire Offshore Wind                                                           Section 3.17
Final Environmental Impact Statement         Other Uses (Marine Minerals, Military Use, Aviation)

and pipelines; **minor** for aviation and air traffic and most military and national security uses; **moderate** for marine mineral extraction, radar systems, and USCG SAR operations; to **major** for NOAA's scientific research and surveys. The presence of structures and increased risk of allisions are the primary drivers for impacts on other marine uses.

## 3.17.9    Comparison of Alternatives

Alternatives B, E, and F would alter the turbine array layout. Alternatives B and E would allow for installation of up to 147 WTGs as defined in Empire's PDE and Alternative F would allow for installation of up to 138 WTGs. Alternative C would only approve one cable export route that is currently described within the PDE. Under Alternative D, BOEM would only approve submarine export cable route options for EW 2 that avoid the sand borrow areas offshore Long Island near Jones Inlet by at least 500 meters. Alternatives G and H would result in modifications to construction methods that are unlikely to have impacts on the resources evaluated under other uses. Although Alternatives B, C, D, E, F, G, and H modify components of the PDE or restrict what aspects of the PDE are approved, the modifications would not materially change the analysis of any IPF for any resource analyzed under other uses when compared to the Proposed Action; therefore, the overall impact level would be the same as under the Proposed Action: **negligible** for cables and pipelines; **minor** for aviation and air traffic and most military and national security uses; **moderate** for marine mineral extraction, radar systems, and USCG SAR operations; and **major** for NOAA's scientific research and surveys.

In context of reasonably foreseeable environmental trends, the contribution of Alternatives B, C, D, E, F, G, and H to the cumulative impacts on other uses would be the same as that described under the Proposed Action: **negligible** for cables and pipelines; **minor** for aviation and air traffic and most military and national security uses; **moderate** for marine mineral extraction, radar systems, and USCG SAR operations; and **major** for NOAA's scientific research and surveys. Considering all the IPFs together, BOEM anticipates that the contribution of Alternative B, C, D, E, F, G, or H to the impacts from ongoing and planned activities would result in cumulative impacts that are **negligible** for cables and pipelines; **minor** for aviation and air traffic and most military and national security uses; **moderate** for marine mineral extraction, radar systems, and USCG SAR operations; and **major** for NOAA's scientific research and surveys.

## 3.17.10    Summary of Impacts of the Preferred Alternative

The Preferred Alternative is a combination of Alternatives C-1, D, F, G, and H. The Preferred Alternative would route the EW 1 export cable through an anchorage area at Gravesend Bay rather than through the Ambrose Navigation Channel; provide for a minimum 500-meter buffer between the EW 2 submarine export cable and a sand borrow area offshore Long Beach; optimize the EW 1 and EW 2 WTG layouts to maximize annual energy production and minimize wake loss while addressing geotechnical considerations; utilize an above-water cable bridge to construct the EW 2 onshore export cable crossing at Barnums Channel; and use a method of dredge or fill activities for construction of the EW 1 export cable landfall that would reduce the discharge of dredged material. As described above, modifications to the WTG layout could slightly decrease the impacts on military and national security uses, including USCG SAR activities, by reducing space-use conflicts and reducing the risk of allision with structures. Additionally, providing a buffer around sand borrow areas offshore Long Beach of at least 500 meters would decrease impacts on marine mineral extraction. These state sand borrow areas are closest to shore and therefore have the least cost to USACE and cost-sharing partners and are frequently used for coastal resiliency and beach-nourishment projects. By avoiding crossing sand borrow areas, USACE is better able to undertake resilience projects in a cost-effective manner and meet the demand for clean sand for these projects. However, while the submarine export cable route proposed under the Preferred Alternative would avoid the smaller state borrow areas offshore Long Island, the export cable route would still travel through the larger federal sand resources farther offshore. The impacts of the Preferred Alternative

resulting from individual IPFs would be **negligible** for cables and pipelines; **minor** for aviation and air traffic; **moderate** for marine minerals extraction; **minor** for most military and national security uses; **moderate** for radar systems and USCG SAR operations; and **major** for scientific research and surveys.

## 3.17.11    Proposed Mitigation Measures

The mitigation measures listed in Table 3.17-2 are recommended for inclusion in the Preferred Alternative.

**Table 3.17-2    Proposed Measures: Other Uses**

| Measure | Description | Effect |
|---|---|---|
| Mitigation for ARSR-4 and ASR-8/9 radars | Empire Wind will enter into a mitigation agreement with DOD for impacts on ARSR-4 and for ASR-8/9 radars. Possible mitigation measures might include the following:<br><br>• Passive aircraft tracking using ADS-B or signal/transponder<br>• Increasing aircraft altitude near radar<br>• Sensitivity time control (range-dependent attenuation)<br>• Range azimuth gating (ability to isolate/ignore signals from specific range-angle gates)<br>• Track initiation inhibit, velocity editing, plot amplitude thresholding (limiting the amplitude of certain signals)<br>• Modification mitigations for ARSR-4 and for ASR-8/9 systems:<br>   o   Utilizing the dual beams of the radar simultaneously<br>   o   In-fill radars | The mitigation measure would reduce some of the impacts on ARSR-4 and ASR-8/9 radar systems to allow DOD activities to continue in and near the Lease Area. The mitigation measure, implemented in combination with the other mitigation measures for radar systems, would reduce impacts to minor. Some impacts would remain, as the mitigation measures are not able to fully eliminate the potential line-of-sight impacts of the WTGs on radar systems. |
| Mitigation for NEXRAD weather radar systems | Possible mitigation measures might include the following:<br><br>• Wind farm curtailment/curtailment agreement<br>• Research is being conducted to determine whether impacts on weather radar can be mitigated by using phased array radars to achieve a null in the antenna radiation pattern in the direction of the wind turbine. | The mitigation measure would reduce some of the impacts on NEXRAD weather radar systems. The mitigation measure, implemented in combination with the other mitigation measures for radar systems, would reduce impacts to minor. Some impacts would remain, as the mitigation measures are not able to fully eliminate the potential line-of-sight impacts of the WTGs on radar systems. |
| High-Frequency Radar Interference Analysis and Mitigation | 1. High-Frequency Radar Interference Analysis and Mitigation (Planning) (Construction) (Operations) The Lessee's Project has the potential to interfere with oceanographic high-frequency (HF) radar systems in the U.S. Integrated Ocean Observing System (IOOS), which is managed by the IOOS Office within the National Oceanic and Atmospheric Administration (NOAA) pursuant to the | The mitigation measure would reduce some of the impacts of the Projects on oceanographic high-frequency radars and would ensure that the Surface Currents Program could continue to meet its mission objectives. The mitigation measure, implemented in combination with the other mitigation measures for radar systems, would reduce impacts to |

Case 1:26-cv-00004-CJN    Document 8-6    Filed 01/06/26    Page 25 of 31

Empire Offshore Wind                                              Section 3.17
Final Environmental Impact Statement        Other Uses (Marine Minerals, Military Use, Aviation)

| Measure | Description | Effect |
|---|---|---|
| | Integrated Coastal and Ocean Observation System Act of 2009 (Pub. L. 111-11), as amended by the Coordinated Ocean Observation and Research Act of 2020 (Public Law 116-271, Title I), codified at 33 U.S.C. 3601–3610 (referred to herein as "IOOS HF-radar"). IOOS HF-radar measures the sea state, including ocean surface current velocity and waves in near real time. These data have many vital uses ("mission objectives"), including tracking and predicting the movement of spills of hazardous materials or other pollutants, monitoring water quality, and predicting sea state for safe marine navigation. The U.S. Coast Guard also integrates IOOS HF-radar data into its Search and Rescue systems. The Lessee's Project is within the measurement range of 8 IOOS HF-radar systems operated by Rutgers University in: Amagansett, New York; Bradley Beach, New Jersey; Hempstead, New York; Sandy Hook, New Jersey; Loveladies, New Jersey; Moriches, New York; Sea Bright, New Jersey; and Seaside Park, New Jersey. 1.1 Coordination Due to the potential interference with IOOS HF-radar and the risk to public health, safety, and the environment, the Lessee is obligated to mitigate unacceptable interference with IOOS HF-radar from the Lessee's Project at all times the Lessee's Project is in operation. Interference is considered unacceptable if, as determined by BOEM in consultation with NOAA's IOOS Office, IOOS HF-radar performance is or may become no longer within the specific radar systems' operational parameters or fails or may fail to meet IOOS's mission objectives. 1.2 Mitigation Approval After the above coordination, at least 60 calendar days prior to completion of construction or initiation of commercial operations (whichever is earlier), the Lessee must submit to BOEM documentation demonstrating how it will mitigate interference with IOOS HF-radar at all times during operation of Lessee's project. If, after consultation with the NOAA IOOS Office, BOEM deems the mitigation acceptable, the mitigation will be considered required as a term of this permit. 1.2.1 If at any time the NOAA IOOS Office or a HF-radar operator informs the Lessee that the Project will cause a HF-radar system to fall outside of its operational parameters or fail to meet | minor. Some impacts would remain, as the mitigation measures are not able to fully eliminate the potential line-of-sight impacts of the WTGs on radar systems. |

| Measure | Description | Effect |
|---|---|---|
| | mission objectives, the Lessee must notify DOI of the determination as soon as possible and no later than 30 calendar days from the date on which the determination was communicated. 1.3 Mitigation Agreement The Lessee is encouraged to enter into an agreement with the NOAA IOOS Office to implement mitigation, and any such Mitigation Agreement may satisfy the requirement to mitigate interference with IOOS HF-radar. The point-of-contact for development of a Mitigation Agreement with the NOAA IOOS Office is the Surface Currents Program Manager, whose contact information is available at https://ioos.noaa.gov/about/meet-the-ioos-program-office/ and upon request from BOEM. A Mitigation Agreement may serve the purpose of implementing Sections 1.2. If there is any discrepancy between Section 1.2 and the terms of a Mitigation Agreement, the terms of the Mitigation Agreement will prevail. 1.4 Mitigation Implementation Mitigation required under Section 1.2 must address the following: 1.4.1 Before rotor blades are installed within the Project, and continuing throughout the life of the Project until the point of decommissioning where all rotor blades are removed, Lessee must make publicly available via IOOS near real-time accurate numerical telemetry of surface current velocity, wave height, wave period, wave direction, and other oceanographic data measured at Project locations selected by the Lessee in coordination with the NOAA IOOS Office. 1.4.2 If requested by the NOAA IOOS Office, Lessee must share with IOOS accurate numerical time-series data of blade rotation rates, nacelle bearing angles, and other information about the operational state of each turbine in the WDA to aid interference mitigation. 1.5 Additional Notification If a mitigation measure other than that identified in Section 1.2 is agreed to by the Lessee and BOEM, in consultation with the NOAA IOOS Office, then the Lessee must submit information on the proposed mitigation measure to DOI for its review and concurrence. If, after consultation with the NOAA IOOS Office, BOEM deems the mitigation acceptable, the mitigation will be considered required as a term of this permit. | |
| Mitigation for radar impacts | Empire will notify the North American Aerospace Defense Command (NORAD) 30 | The mitigation measure would reduce some of the impacts on radar |

| Measure | Description | Effect |
|---|---|---|
| to NORAD's air defense mission | to 60 days prior to Project completion and again when the Projects are complete and operational for Radar Adverse Impact Management scheduling. | systems and would ensure that NORAD could continue to meet its mission objectives. The mitigation measure, implemented in combination with the other mitigation measures for radar systems, would reduce impacts to minor. Some impacts would remain, as the mitigation measures are not able to fully eliminate the potential line-of-sight impacts of the WTGs on radar systems. |
| Mitigation for radar impacts to NORAD's air defense mission | Empire will contribute funds in the amount of $80,000 per impacted radar toward the execution of the Radar Adverse Impact Management. | The mitigation measure would reduce some of the impacts on radar systems and would ensure that NORAD could continue to meet its mission objectives. The mitigation measure, implemented in combination with the other mitigation measures for radar systems, would reduce impacts to minor. Some impacts would remain, as the mitigation measures are not able to fully eliminate the potential line-of-sight impacts of the WTGs on radar systems. |
| Mitigation for radar impacts to NORAD's air defense mission | Empire will implement curtailment for National Security or Defense Purposes as described in the leasing agreement. | The mitigation measure would reduce some of the impacts on radar systems and would ensure that NORAD could continue to meet its mission objectives. The mitigation measure, implemented in combination with the other mitigation measures for radar systems, would reduce impacts to minor. Some impacts would remain, as the mitigation measures are not able to fully eliminate the potential line-of-sight impacts of the WTGs on radar systems. |
| Cable Separation Distance | Empire will install export cables such that the final corridor width should be as narrow as possible to minimize overall impacts. | By narrowing the cable corridor, the mitigation measure would limit potential conflicts with existing submarine cables and pipelines. With implementation of this mitigation measure, impacts on cables and pipelines are anticipated to remain negligible. |
| Federal survey mitigation implementation strategy for the Northeast U.S. | Consistent with NMFS and BOEM Survey Mitigation strategy actions in the NOAA Fisheries and BOEM Federal Survey Mitigation Implementation Strategy – Northeast U.S. Region (Hare et al. 2022), | The mitigation measure would reduce some of the impacts of the Projects on NOAA research and survey activities and would allow NOAA to continue to meet its |

| Measure | Description | Effect |
|---------|-------------|--------|
| region | within 120 calendar days of COP Approval, the Lessee must submit to BOEM a survey mitigation agreement between NMFS and the Lessee. The survey mitigation agreement must describe how the Lessee will mitigate the Project impacts on the nine NMFS surveys. The Lessee must conduct activities in accordance with such agreement.<br><br>If the Lessee and NMFS fail to reach a survey mitigation agreement, then the Lessee must submit a Survey Mitigation Plan to BOEM and NMFS that is consistent with the mitigation activities, actions, and procedures within 180 days of COP approval. BOEM will review the Survey Mitigation Plan in consultation with NMFS Northeast Fisheries Science Center (NEFSC), and the Lessee must resolve comments to BOEM's satisfaction and must conduct activities in accordance with the plan.<br><br>As soon as reasonably practicable, but no later than 30 days after the issuance of the Project's COP Approval, the Lessee must initiate coordination with NMFS NEFSC to develop the survey mitigation agreement described above. Mitigation activities specified under the agreement will be designed to mitigate the Project impacts on the following NMFS NEFSC surveys: (a) Spring Bottom Trawl survey; (b) Autumn Multi-species Bottom Trawl survey; (c) Ecosystem Monitoring survey; (d) NARW aerial survey; (e) Aerial marine mammal and sea turtle survey; (f) Shipboard marine mammal and sea turtle survey; (g) Atlantic surfclam and ocean quahog survey; (h) Atlantic sea scallop survey; and (i) Seal survey. At a minimum, the survey mitigation agreement will describe actions needed and the means to address impacts on the affected surveys due to the preclusion of sampling platforms and impacts on statistical designs. NMFS has determined that the Project area is a discrete stratum for surveys that use a random stratified design. This agreement may also consider other anticipated Project impacts on NMFS surveys, such as changes in habitat and increased operational costs due to loss of sampling efficiencies.<br><br>The survey mitigation agreement must identify activities that will result in the generation of data equivalent to data | mission objectives. Survey-specific mitigation plans have the potential to allow survey activities to continue in some capacity; however, individual survey mitigation plans have not been developed and funding is not currently available to support survey mitigation plans to date. |

| Measure | Description | Effect |
|---------|-------------|--------|
| | generated by NMFS's affected surveys for the duration of the Project. The survey mitigation agreement must describe the implementation procedures by which the Lessee will work with NEFSC to generate, share, and manage the data required by NEFSC for each of the surveys impacted by the Project, as mutually agreed upon between the Lessee and NMFS/NEFSC. The survey mitigation agreement must also describe the Lessee's participation in the NMFS NEFSC Northeast Survey Mitigation Program to support activities that address regional-level impacts for the surveys listed above. | |

DOI = Department of the Interior; IOOS = Integrated Ocean Observing System; LERA – Least Expensive Radar; NORAD = North American Aerospace Defense Command; WDA = Wind Development Area; WERA = Wave Radar

### 3.17.11.1.  Effect of Measures Incorporated into the Preferred Alternative

For impacts on ARSR-4 and ASR-8/9 radar systems, operational mitigations, such as increasing aircraft altitude near the radar and range azimuth gating (the ability to isolate/ignore signals from specific angle gates), may be implemented. Additionally, modification mitigations have been identified such as utilizing dual beams of the radar simultaneously, which results in improvements in detection by providing elevation data to give spatial information to mitigate the clutter from wind farms. For impacts on NEXRAD systems, operational mitigations identified include a wind farm curtailment agreement to stop wind farm operations during critical weather events. Research shows that impacts on weather radar can be mitigated by employing adaptive clutter filters, changing the radar scan strategy to pass over areas with wind turbines, using phased array radars to achieve a null in the antenna radiation pattern in the direction of the wind turbine, or curtailment (BOEM 2020). Operational mitigation for ARSR-4 and ASR-8/9 radar systems may not be optimal but still provide limited reduction in impacts; however, the proposed modification mitigations can provide meaningful decreases in impacts. Because of the infrastructure, complexity, and expense of the NEXRAD systems, mitigation of wind turbine interference presents complex difficulties (BOEM 2020). Modification mitigation is unlikely for these systems; however, operational mitigations may reduce impacts in specific situations.

Due to the potential interference with NOAA Integrated Ocean Observing System high-frequency radar and the risk to public health, safety, and the environment, Empire is obligated to mitigate unacceptable interference with Integrated Ocean Observing System high-frequency radar from the Projects at all times the Projects are in operation. Interference is considered unacceptable if, as determined by BOEM in consultation with NOAA's Integrated Ocean Observing System Office, Integrated Ocean Observing System high-frequency radar performance is or may become no longer within the specific radar systems' operational parameters or fails or may fail to meet the Integrated Ocean Observing System's mission objectives. After the above coordination, at least 60 calendar days prior to completion of construction or initiation of commercial operations (whichever is earlier), Empire must submit to BOEM documentation demonstrating how it will mitigate interference with Integrated Ocean Observing System high-frequency radar at all times during operation of the Projects. If, after consultation with the NOAA Integrated Ocean Observing System Office, BOEM deems the mitigation acceptable, the mitigation will be required as a term of BOEM's permit to Empire. If at any time the NOAA Integrated Ocean Observing System Office or a high-frequency radar operator informs Empire that the Projects will cause a high-frequency radar system to fall outside of its operational parameters or fail to meet mission objectives, Empire must notify

Case 1:26-cv-00004-CJN    Document 8-6    Filed 01/06/26    Page 30 of 31

Empire Offshore Wind                                                    Section 3.17
Final Environmental Impact Statement         Other Uses (Marine Minerals, Military Use, Aviation)

the Department of the Interior of the determination as soon as possible and no later than 30 calendar days from the date on which the determination was communicated.

Empire is encouraged to enter into an agreement with the NOAA Integrated Ocean Observing System Office to implement mitigation, and any such Mitigation Agreement may satisfy the requirement to mitigate interference with Integrated Ocean Observing System high-frequency radar. The point of contact for development of a Mitigation Agreement with the NOAA Integrated Ocean Observing System Office is the Surface Currents Program Manager, whose contact information is available at https://ioos.noaa.gov/about/meet-the-ioos-program-office/ and upon request from BOEM. A Mitigation Agreement may serve the purpose of implementing the previous paragraph but, if there is any discrepancy between that paragraph and the terms of a Mitigation Agreement, the terms of the Mitigation Agreement will prevail. The Mitigation Agreement implementation would require of Empire that:

a) Before rotor blades are installed within the Projects, and continuing throughout the life of the Projects until the point of decommissioning where all rotor blades are removed, Empire must make publicly available via Integrated Ocean Observing System near real-time accurate numerical telemetry of surface current velocity, wave height, wave period, wave direction, and other oceanographic data measured at Project locations selected by Empire in coordination with the NOAA Integrated Ocean Observing System Office.

b) If requested by the NOAA Integrated Ocean Observing System Office, Empire must share with Integrated Ocean Observing System accurate numerical time-series data of blade rotation rates, nacelle bearing angles, and other information about the operational state of each turbine in the Wind Farm Development Area to aid interference mitigation.

If a mitigation measure other than the ones identified above is agreed to by Empire and BOEM, in consultation with the NOAA Integrated Ocean Observing System Office, then Empire must submit information on the proposed mitigation measure to the Department of the Interior for its review and concurrence. If, after consultation with the NOAA Integrated Ocean Observing System Office, BOEM deems the mitigation acceptable, the mitigation will be considered required as a term BOEM's permit to Empire. Within 45 calendar days of implementing the requirements described above, Empire must provide BOEM with evidence of compliance with those requirements. As described in Section 3.17.1, *Description of the Affected Environment for Other Uses (Marine Minerals, Military Use, Aviation)*, information from the NOAA Integrated Ocean Observing System Surface Currents Program is used by USCG's Search and Rescue Optimal Planning System to narrow search areas. Mitigation to address impacts of the presence of WTG structures would allow for more accurate information to be incorporated into this decision-support tool.

There are 14 NMFS scientific surveys that overlap with wind energy development in the northeast region. Nine of these surveys overlap with the Projects. In response to major impacts on NOAA surveys identified during the environmental review of the first offshore wind energy project in federal waters, BOEM and NOAA have agreed to develop and implement the NOAA Fisheries and BOEM Federal Survey Mitigation Program (Hare et al. 2022). Consistent with NMFS and BOEM Survey Mitigation strategy actions (Hare et al. 2022) in the NOAA Fisheries and BOEM Federal Survey Mitigation Implementation Strategy – Northeast U.S. Region, within 120 calendar days of COP approval, the Lessee must submit to BOEM a survey mitigation agreement between NMFS and the Lessee. The survey mitigation agreement must describe how the Lessee will mitigate the Project impacts on the nine NMFS surveys. The Lessee must conduct activities in accordance with such agreement. If, after consultation with NMFS NEFSC, BOEM deems the survey mitigation agreement acceptable, the mitigation will be considered required as a term and condition of the Projects' COP approval. Potential impacts on surveys will continue to be documented during the environmental review process and considered in the approval of wind energy lease areas. If the Lessee and NMFS fail to reach a survey mitigation agreement, then the

Lessee must submit a Survey Mitigation Plan to BOEM and NMFS that is consistent with the mitigation activities, actions, and procedures within 180 days of COP approval. BOEM will review the Survey Mitigation Plan in consultation with NEFSC, and the Lessee must resolve comments to BOEM's satisfaction and conduct activities in accordance with the plan. As soon as reasonably practicable, but no later than 30 days after the issuance of the Projects' COP approval, the Lessee must initiate coordination with NMFS NEFSC to develop the survey mitigation agreement described above. Mitigation activities specified under the agreement must be designed to mitigate the Project impacts on the following NMFS NEFSC surveys: (a) Spring Bottom Trawl survey; (b) Autumn Multi-species Bottom Trawl survey; (c) Ecosystem Monitoring survey; (d) NARW aerial survey; (e) Aerial marine mammal and sea turtle survey; (f) Shipboard marine mammal and sea turtle survey; (g) Atlantic surfclam and ocean quahog survey; (h) Atlantic sea scallop survey; and (i) Seal survey. At a minimum, the survey mitigation agreement must describe actions and the means to address impacts on the affected surveys due to the preclusion of sampling platforms and impacts on statistical designs. NMFS has determined that the Project area is a discrete stratum for surveys that use a random stratified design. This agreement may also consider other anticipated Project impacts on NMFS surveys, such as changes in habitat and increased operational costs due to loss of sampling efficiencies. The survey mitigation agreement must identify activities that will result in the generation of data equivalent to data generated by NMFS's affected surveys for the duration of the Projects. The survey mitigation agreement must describe the implementation procedures by which the Lessee will work with NEFSC to generate, share, and manage the data required by NEFSC for each of the surveys affected by the Project, as mutually agreed upon between the Lessee and NMFS/NEFSC. The survey mitigation agreement must also describe the Lessee's participation in the NMFS NEFSC Northeast Survey Mitigation Program to support activities that address regional-level impacts for the surveys listed above. The implementation strategy is intended to guide implementation of the mitigation program through the duration of wind energy development in the Northeast U.S. region.

These measures, if adopted, would have the effect of reducing some of the impacts on radar systems and cables and pipelines. In combination, the mitigation measures for radar systems would have the effect of reducing impacts of the Preferred Alternative on oceanographic high-frequency radars, ASR-8/9, ARSR-4, NEXRAD, and North American Aerospace Defense Command radar systems. They would ensure that the Surface Currents Program, North American Aerospace Defense Command, and DOD could continue operations and continue to meet mission objectives. The mitigation measures for radar systems, implemented in combination, would reduce impacts to minor. Some impacts would remain, as the mitigation measures are not able to fully eliminate the potential line-of-sight impacts of the WTGs on radar systems. The mitigation measure to narrow the export cable corridor would limit potential conflicts with existing submarine cables and pipelines. However, with implementation of this mitigation measure, impacts on cables and pipelines are anticipated to remain negligible.