# **EXHIBIT G**



United States Department of the Interior

BUREAU OF OCEAN ENERGY MANAGEMENT
WASHINGTON, DC 20240-0001

Director's Order
April 16, 2025

Matthew Brotmann
Secretary
Empire Offshore Wind LLC
120 Long Ridge Road, Suite 3E01
Stamford, Connecticut 06902

Dear Mr. Brotmann,

The Bureau of Ocean Energy Management (BOEM) is issuing this Director's Order to Empire Offshore Wind LLC to halt all ongoing activities related to the Empire Wind Project on the outer continental shelf to allow time for it to address feedback it has received, including from the National Oceanic and Atmospheric Administration (NOAA), about the environmental analyses for that project. BOEM received this and other feedback regarding Empire Wind as an outgrowth of the review that the Department is engaged in related to offshore wind projects. *See* the President's Memorandum of January 20, 2025. 90 Fed. Reg. 8363 (January 29, 2025).

BOEM is acting to ensure that all activities authorized under the Outer Continental Shelf Lands Act, 43 U.S.C. §§ 1331 *et seq.*, and the implementing regulations at 30 C.F.R. Part 585 are carried out in a manner that provides for protection of the environment, among other requirements. 43 U.S.C. § 1337(p)(4); 30 C.F.R. § 585.102(a). The BOEM Director is taking this action to ensure compliance with the requirements of the Part 585 regulations and applicable law.

You may not resume activities until BOEM informs you that BOEM has completed its necessary review. If you fail to comply with the terms of this order, BOEM may take additional corrective action as appropriate. 30 C.F.R. § 585.106(a).

Pursuant to 30 C.F.R. § 585.118, you may appeal this determination. If you elect to file an appeal under 30 C.F.R. § 590.4, your Notice of Appeal must be filed with this office and served on the Associate Solicitor, Division of Mineral Resources, within 60 days of receipt of this letter (see 43 C.F.R. § 4.413). If you file an appeal, please send a courtesy copy of the Notice of Appeal via e-mail to the contact e-mail address provided below. If you have any questions, please contact David Diamond, Deputy Chief for Operations, Office of Renewable Energy Programs, at (703)787-1660 or david.diamond@boem.gov.

Sincerely,

WALTER CRUICKSHANK
Digitally signed by WALTER CRUICKSHANK
Date: 2025.04.16 16:41:32 -04'00'

Walter D. Cruickshank
Acting Director