# **EXHIBIT H**



#### United States Department of the Interior

BUREAU OF OCEAN ENERGY MANAGEMENT
WASHINGTON, DC 20240-0001

Amendment to Director's Order of April 16, 2025
May 19, 2025

Matthew Brotmann
Secretary
Empire Offshore Wind LLC
120 Long Ridge Road, Suite 3E01
Stamford, Connecticut 06902

Dear Mr. Brotmann,

On April 16, 2025, the Bureau of Ocean Energy Management issued a Director's Order to Empire Offshore Wind LLC to halt all ongoing activities related to the Empire Wind Project on the outer continental shelf. That Order is hereby amended to lift the halt on activities during the ongoing review.

If you have any questions, please contact David Diamond, Deputy Chief for Operations, Office of Renewable Energy Programs, at 703-787-1660 or david.diamond@boem.gov.

Sincerely,

WALTER CRUICKSHANK
Digitally signed by WALTER CRUICKSHANK
Date: 2025.05.19 16:19:25 -04'00'

Walter D. Cruickshank
Acting Director