# **EXHIBIT I**

| | |
|---|---|
| **From:** | Danley, Christopher D |
| **To:** | David McSweeney; Giacona, Matthew N |
| **Cc:** | Nate Teti |
| **Subject:** | RE: [EXTERNAL] RE: BOEM Director"s Order |
| **Date:** | Friday, January 2, 2026 1:01:11 PM |
| **Attachments:** | image001.png |

Dave, it was good meeting you in person. Following up on today's meeting, we have submitted the below names to the War Department for processing. Once they have identified the appropriate contact, then I can put you in touch directly with that person going forward. In the meantime, please feel free to contact me about this or any other issue.

Thanks,

Chris

**From:** Danley, Christopher D
**Sent:** Tuesday, December 30, 2025 4:45 PM
**To:** 'David McSweeney' <DAMC@equinor.com>; Giacona, Matthew N <Matthew.Giacona@boem.gov>
**Cc:** Nate Teti <ntet@equinor.com>
**Subject:** RE: [EXTERNAL] RE: BOEM Director's Order

Dave, I'll submit these names and information to DOW and be in touch.

Chris

**From:** David McSweeney <DAMC@equinor.com>
**Sent:** Tuesday, December 30, 2025 4:02 PM
**To:** Danley, Christopher D <christopher.danley@sol.doi.gov>; Giacona, Matthew N <Matthew.Giacona@boem.gov>
**Cc:** Nate Teti <ntet@equinor.com>
**Subject:** RE: [EXTERNAL] RE: BOEM Director's Order

Hi Chris, thanks again for the call earlier today. Below please find the names and clearance levels for our attorneys at Bracewell.

Seth David DuCharme

Nicole Boeckmann



I understand that Harry Rucker/CISO/DOJ can confirm: Harry.Rucker@usdoj.gov.

Thanks,
Dave


**David C. McSweeney**

Senior Legal Counsel, Environmental, Regulatory and Permitting

LEG REN

Equinor Americas

17819874804

damc@equinor.com

Visitor address: 53 State Street, Boston, MA 02109, United States

**equinor.com**

---

**From:** Danley, Christopher D <christopher.danley@sol.doi.gov>
**Sent:** Tuesday, December 30, 2025 2:38 PM
**To:** David McSweeney <DAMC@equinor.com>; Giacona, Matthew N <Matthew.Giacona@boem.gov>
**Cc:** Nate Teti <ntet@equinor.com>
**Subject:** RE: [EXTERNAL] RE: BOEM Director's Order

David, per our short discussion, please send us the name(s) and clearance level(s) of the Bracewell attorney who you propose to review the documents on behalf of Equinor US.

We will send that information to the Department of War to start the process.

Thanks,

Chris

---

**From:** David McSweeney <DAMC@equinor.com>
**Sent:** Tuesday, December 30, 2025 2:27 PM

**To:** Giacona, Matthew N <Matthew.Giacona@boem.gov>
**Cc:** Danley, Christopher D <christopher.danley@sol.doi.gov>; Nate Teti <ntet@equinor.com>
**Subject:** [EXTERNAL] RE: BOEM Director's Order

> **This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

Mr. Giacona:

Thank you for scheduling the meeting this Friday with us to discuss the letter sent to the Empire Wind project on December 22, 2025, I look forward to speaking with you then. In advance of that meeting, I am writing to you to respectfully request a date for our attorneys to view and access the materials that formed the basis of the suspension order. While no Equinor US personnel have an active security clearance, our Bracewell attorneys have active clearances at SECRET and TOP SECRET//SCI//HCS//G//TK and read-ons to special access programs (SAPs). Bracewell also has access to a SCIF and a classified laptop. Harry Rucker, the head Classified Information Security Officer at the US Department of Justice works with these attorneys and can verify clearances.

Please let us know as soon as possible regarding this request so that access can be granted to these materials.

Regards,
David McSweeney


**David C. McSweeney**
Senior Legal Counsel, Environmental, Regulatory and Permitting
LEG REN
Equinor Americas

17819874804
damc@equinor.com

Visitor address: 53 State Street, Boston, MA 02109, United States

**equinor.com**

**From:** Giacona, Matthew N <Matthew.Giacona@boem.gov>

**Sent:** Monday, December 22, 2025 2:43 PM
**To:** David McSweeney <DAMC@equinor.com>
**Cc:** Danley, Christopher D <christopher.danley@sol.doi.gov>
**Subject:** BOEM Director's Order

> You don't often get email from matthew.giacona@boem.gov. Learn why this is important

Mr. McSweeney,

I'm resending the attached order to you to reflect yourself as the point of contact given the previous email to Mr. Brotmann bounced.

Sincerely,

Matt Giacona
Acting Director
Bureau of Ocean Energy Management

www.boem.gov





---------------------------------------------------------------
The information contained in this message may be CONFIDENTIAL and is intended for the addressee only. Any unauthorized use, dissemination of the information or copying of this message is prohibited. If you are not the addressee, please notify the sender immediately by return e-mail and delete this message.
Thank you

---------------------------------------------------------------
The information contained in this message may be CONFIDENTIAL and is intended for the addressee only. Any unauthorized use, dissemination of the information or copying of this message is prohibited. If you are not the addressee, please notify the sender immediately by return e-mail and delete this message.
Thank you