# **EXHIBIT L**

| | |
|---|---|
| **From:** | Stevens, Kenneth C |
| **To:** | Matthew Brotmann; Arturo Rodriguez Tsouroukdissian; David McSweeney; Joshua Verleun; Yniel Sandberg |
| **Cc:** | Giacona, Matthew N; Palmer, Matthew E; Anderson, James G; Foreman, Jennafer L; Danley, Christopher D; Fraser, Jonathan B; Kozak, Mark S; James, Wes R; Craft, Hunter; Frank, Wright J; Tarbox, Mary Margaret |
| **Subject:** | RE: Empire Wind Continued Activities 05Jan2025 |
| **Date:** | Monday, January 5, 2026 5:39:27 PM |
| **Attachments:** | BOEM Empire Wind Suspension Letter.pdf |

You don't often get email from kenneth.stevens@bsee.gov. Learn why this is important

Matthew,

Thank you for your below email and for the time needed to confer with our teams so that we can ensure all ongoing operations meet all conditions of the attached order and are either necessary for emergency situations and/or to prevent impacts to health, safety, and the environment.

After reviewing your request, **please continue, until completion**, **with only** the trenching of all cables already lying on the seabed and continue the routine monitoring of offshore infrastructure.

As far as moving forward with additional activities as described below, consistent with the activities described in the attached order, **I cannot allow those actions to occur at this time** as these are neither identified as an emergency situation, nor is it a matter that impacts health, safety, and the environment. **This includes the following actions that cannot occur at this time**:

- Installation of any additional inter array cables or export cables in federal waters.
- Jointing of Near shore to Mid-shore in Federal water side.
- OSS topside cable pull.
- Placement of scour protection around the monopiles foundations for the wind turbines and jacket for offshore substation.
- Installation of the offshore substation topside.

As this is an evolving situation, both BOEM and BSEE will continue to work closely with you and your team to ensure compliance with the attached order and in reviewing all submitted mitigation measures.

Please feel free to continue to reach out to BOEM's Acting Director and myself should you have additional questions or requests.

Thank you,

Kenny

Kenneth Stevens
Principal Deputy Director
Exercising the Delegated Authorities of the Director
Bureau of Safety and Environmental Enforcement

 

---

**From:** Eva Land <EVLAN@equinor.com>
**Sent:** Monday, January 5, 2026 1:27 PM
**To:** Kozak, Mark S <Mark.Kozak@bsee.gov>; Fraser, Jonathan B <Jonathan.Fraser@bsee.gov>
**Cc:** Arturo Rodriguez Tsouroukdissian <arro@equinor.com>; David McSweeney <DAMC@equinor.com>; Joshua Verleun <JVER@equinor.com>; Yniel Sandberg <YNIS@equinor.com>
**Subject:** [EXTERNAL] RE: Empire Wind Project Activities -Contains Confidential Business Information and/or Trade Secrets Not Subject to Disclosure Under FOIA (5 U.S.C. Section 552(b)(4)

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

**Contains Confidential Business Information and/or Trade Secrets Not Subject to Disclosure Under FOIA (5 U.S.C. Section 552(b)(4)**

Dear Jonathan and Mark,

Thank you for the call today. As requested, below please find clarifying information and the

associated timelines for completion for the actions Empire plans to complete as necessary to prevent impacts to health, safety or the environment. Specifically, please note the information associated with the actions necessary to complete installation of the inter-array cables. Please let us know if you have any further questions. Thank you.

Here is the list and details as we just spoke for your review:

1. Complete installation of inter-array cables to include trenching and scour placement to protect the cables already lying on the seabed.  This work is necessary to ensure offshore structures already placed in the seabed are properly lit and marked to prevent allision risk.
    1. All cable lay installation planned to be completed by January 11th
    2. All OSS topside cable pull in completed by January 8th
    3. Trenching of topside IAC is 2dys after completion.
    4. Trenching on all IAC on the wind farm completed 30dys after completion.
    5. Latest timeline of each day installation attached.
    6. All IAC need to be completed as they provide enhanced navigational safety and asset integrity by permanent lighting, Navigational aids, and Fog horns from the OSS topside.

2. Repair and recovery of a section (650m) of the export cable that was damaged during a storm event. Rest of installation and jointing will happen in State waters.
    1. All 650m cable has been retrieved from Federal waters.
    2. Cable laying for Mid-Shore water to be completed by Jan. 12th
    3. Jointing of Near shore to Mid-shore in Federal water side, to be start from Feb. 1 to Feb. 26th

3. Placement of scour protection around the monopiles foundations for the wind turbines and jacket for offshore substation already placed in the seabed to avoid erosion and ensure integrity of installed structures.
    1. Scour protection vessel arrival in the field on January 20th
    2. Start with OSS risers scour protection laying and transition to each MP scour protection, targeting March 15th as completion of all scour protection.

4. Completion of the offshore substation installation and commissioning to ensure full functionality of lighting and navigational features that are critical for safety. This work is necessary to alleviate allision risk to structures already installed on the seabed, avoid

prolonged stationing of a safety vessel during challenging winter weather conditions, and provide offshore workers and distressed vessels with a place of refuge from severe weather.

1. Arrival of OSS on top of HTV on January 11th and Sleipner HLV between Jan. 12 to 14th.
2. Installation of topside 6dys duration.
3. Perform welding of JKT legs and painting +/-1wk.
4. Escape routes and railing testing/commissioning 2-4dys.
5. Power Up OSS - Lights, Emergency lights, Nav Aids, preservation, HVAC Commissioning carry over work to ensure long time preservation (3-4wks)

5. Routine monitoring of the offshore infrastructure.

Disclaimer – All activities are subjected to weather.

Best regards,

—

**Eva Land**
Federal Permitting Manager – Empire Wind

Marine Permitting Compliance Manager
REN US PER
Equinor US

+1 (617) 866-1318
evlan@equinor.com

Visitor address: 600 Washington Boulevard, Stamford, Connecticut, 06901, USA

**equinor.com**

---

**From:** Eva Land
**Sent:** Tuesday, December 23, 2025 1:36 PM
**To:** Fraser, Jonathan B <jonathan.fraser@bsee.gov>; Pauley, Melissa A <melissa.pauley@boem.gov>
**Cc:** GM EW Authority mailbox <EWauthority@equinor.com>; Arturo Rodriguez Tsouroukdissian <arro@equinor.com>; Julia Lewis <JULEW@equinor.com>; David McSweeney <DAMC@equinor.com>; Lars Morken <larmo@equinor.com>; Yniel Sandberg <YNIS@equinor.com>;

Mario Piscopo <ampi@equinor.com>; Jan Smedsvig Karlsen <JK4@equinor.com>; Joshua Verleun <JVER@equinor.com>
**Subject:** Empire Wind Project Activities

Jonathan and Melissa,

As contemplated by the December 22, 2025 letter, certain Empire Wind project activities are necessary to continue in order respond to emergency situations and/or to prevent impacts to health, safety, and the environment. Because construction is at a critical juncture and several activities were in progress at the time we received the letter, the below activities are necessary to prevent potential impacts to health, safety, and the environment. These activities, which are particularly important in light of the severe weather conditions that occur during this time of the year, include:

1. Complete installation of inter-array cables to include trenching and scour placement to protect the cables already lying on the seabed. This work is necessary to ensure offshore structures already placed in the seabed are properly lit and marked to prevent allision risk.
2. Repair and recovery of a section (650m) of the export cable that was damaged during a storm event. Rest of installation and jointing will happen in State waters.
3. Placement of scour protection around the monopiles foundations for the wind turbines and jacket for offshore substation already placed in the seabed to avoid erosion and ensure integrity of installed structures.
4. Completion of the offshore substation installation and commissioning to ensure full functionality of lighting and navigational features that are critical for safety. This work is necessary to alleviate allision risk to structures already installed on the seabed, avoid prolonged stationing of a safety vessel during challenging winter weather conditions, and provide offshore workers and distressed vessels with a place of refuge from severe weather.
5. Routine monitoring of the offshore infrastructure.

Best regards,

—

**Eva Land**
Federal Permitting Manager – Empire Wind

Marine Permitting Compliance Manager

REN US PER
Equinor US

+1 (617) 866-1318
evlan@equinor.com

Visitor address: 600 Washington Boulevard, Stamford, Connecticut, 06901, USA

**equinor.com**

----------------------------------------------------------------
The information contained in this message may be CONFIDENTIAL and is intended for the addressee only. Any unauthorized use, dissemination of the information or copying of this message is prohibited. If you are not the addressee, please notify the sender immediately by return e-mail and delete this message.
Thank you