# **EXHIBIT M**



OFFICE OF THE ASSISTANT SECRETARY OF DEFENSE
3500 DEFENSE PENTAGON
WASHINGTON, DC 20301-3500

SUSTAINMENT

29 July, 2020

Laura Morales
Head of Permitting- New York
Equinor Wind US
917-476-5106
120 Long Ridge Road, Stamford, Connecticut, 06902 USA

Dear Ms. Laura Morales,

At the request of Equinor Wind US, LLC, made on November 7th, 2019 (OCS-A-512), the Military Aviation and Installation Assurance Siting Clearinghouse coordinated within DoD a review of the Equinor Wind Offshore Project. The results of our review indicated that the wind farm, as proposed, may have an adverse impact on military operations conducted in the area, more specifically, to the North American Aerospace Defense Command's (NORAD) homeland defense radar systems.

Potential impacts identified with the construction of the project include: unwanted primary returns (clutter), primary-only track seduction, loss of radar-reinforcement for beacon targets and loss of primary-only targets, and cumulative effect on the radar systems. This impact, however, can be overcome by conducting radar optimization to the affected radar systems. We request Equinor partner with the DoD to resource the mitigation.

Thank you for working with us to preserve our military's operational, training, and testing capabilities. If you have any questions, please contact me at steven.j.sample4.civ@mail.mil or at 703-571-0076.

Sincerely,

Steven J. Sample
Deputy Director
Military Aviation and Installation
Assurance Siting Clearinghouse