## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMPIRE LEASEHOLDER LLC, *et al.*, ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> DOUGLAS J. BURGUM, in his official ) <br> capacity as Secretary of the Interior, *et al.*, ) <br> ) <br> *Defendants*. ) | Case No. 1:26-cv-00004 <br><br> Judge Carl J. Nichols |

### PROPOSED ORDER GRANTING PRELIMINARY INJUNCTION
### AND STAY PENDING REVIEW

Pending before the Court is Plaintiffs Empire Leaseholder LLC's and Empire Offshore Wind LLC's Motion for Preliminary Injunction (the "Motion"). Having considered the Motion, the arguments of counsel, and the accompanying declarations and exhibits, it is hereby

**ORDERED** that Plaintiffs' Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the Director's Order Issued by Acting Director Matthew Giacona to Empire Offshore Wind LLC (Dec. 22, 2025) ("Suspension Order") is hereby enjoined pending a final adjudication of the merits of Plaintiffs' Complaint and Defendants are enjoined from taking actions to implement or enforce; and it is

**FURTHER ORDERED** that the Suspension Order is stayed pending review pursuant to Section 705 of the Administrative Procedure Act, 5 U.S.C. § 705.

**IT IS SO ORDERED**, this _____ day of _____ 2026.


_____
Judge Carl J. Nichols
UNITED STATES DISTRICT JUDGE