IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Empire Leaseholder LLC**, and **Empire Offshore Wind LLC**,<br><br>Plaintiffs,<br><br>v.<br><br>**Douglas J. Burgum**, in his official capacity as Secretary of the Interior; **U.S. Department of the Interior**; **Matthew Giacona**, in his official capacity as Acting Director of the Bureau of Ocean Energy Management; and **Bureau of Ocean Energy Management**,<br><br>Defendants. | Case No. 1:26-cv-00004-CJN |

### NOTICE OF APPEARANCE

Federal Defendants notice the appearance of Kristofor R. Swanson as counsel. Mr. Swanson is registered to use the Court's electronic case management and filing system and may be served electronically via CM/ECF. Alternatively, if necessary, Mr. Swanson may be served at the address in the signature block below.

January 7, 2026

                                              ADAM R.F. GUSTAFSON
                                              Principal Deputy Assistant Attorney General

                                              *s/ Kristofor R. Swanson*
                                              KRISTOFOR R. SWANSON
                                              (Colo. Bar No. 39378)
                                              United States Department of Justice
                                              Environment & Natural Resources Division
                                              Natural Resources Section
                                              P.O. Box 7611
                                              Washington, DC 20044-7611
                                              (202) 598-1937
                                              kristofor.swanson@usdoj.gov

2

<u>Overnight Address</u>:
4CON Mail Room 2.900
150 M Street NE
Washington, D.C. 20002

*Attorney for Federal Defendants*
