**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

EMPIRE LEASEHOLDER LLC, *et al.*,

       *Plaintiffs*,

    v.

DOUGLAS J. BURGUM, Secretary of the
U.S. Department of the Interior, *et al.*,

       *Defendants*.

Civil Action No. 1:26-cv-00004 (CJN)

## NOTICE

Plaintiffs filed a Notice of Related Case, ECF 1, in which they suggested that this case, No. 26-cv-4, is related to an existing case before this Court, No. 25-cv-2214. The Court ordered the Parties to file briefs on whether these cases should be considered related under Local Civil Rule 40.5. *See* Min. Order of Jan. 7, 2026. Upon consideration of the Parties' briefs, ECF 11; ECF 12, the Court has concluded that Case No. 25-cv-2214 is related to this case, No. 26-cv-4. There shall accordingly be no change in the current assignment of this case.

DATE: January 8, 2026

_____
CARL J. NICHOLS
United States District Judge

1