AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | | |
|---|---|---|
| EMPIRE LEASEHOLDER LLC, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    **26-cv-00004-CJN** |
| DOUGLAS J. BURGUM, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Empire Leaseholder LLC and Empire Offshore Wind LLC                    .

Date:     01/08/2026

/s/ Tyler S. Johnson
*Attorney's signature*

Tyler S. Johnson (WA Bar #4774;DC Bar #1003009)
*Printed name and bar number*

BRACEWELL LLP
701 5th Avenue, Suite 6850
Seattle, Washington 98104

*Address*

ty.johnson@@bracewell.com
*E-mail address*

(206) 204-6211
*Telephone number*

(800) 404-3970
*FAX number*