IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Empire Leaseholder LLC**, and **Empire Offshore Wind LLC**,<br><br>Plaintiffs,<br><br>v.<br><br>**Douglas J. Burgum,** in his official capacity as Secretary of the Interior, **et al.**,<br><br>Defendants. | Case No. 1:26-cv-00004-CJN |

### NOTICE OF INTENT TO PROVIDE CLASSIFIED INFORMATION FOR *EX PARTE* AND *IN CAMERA* REVIEW

Plaintiffs challenge the Department of the Interior's decision to suspend ongoing activities related to the Empire Wind 1 offshore wind energy project. Interior based its decision, in part, on information classified as secret by the Department of War. For purposes of this litigation, Federal Defendants intend to share the classified information with the Court for *ex parte* and *in camera* review. The Department of Justice is coordinating with security officials to present that information to the Court in conjunction with the filing of Federal Defendants' opposition to Plaintiffs' motion for preliminary injunction. We do not anticipate the January 14 hearing to include discussion or presentation of classified information.

January 9, 2026

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

PETER M. TORSTENSEN, JR.
Deputy Assistant Attorney General

*s/ Kristofor R. Swanson*
KRISTOFOR R. SWANSON

1

2

(Colo. Bar No. 39378)
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
(202) 598-1937
kristofor.swanson@usdoj.gov

*Attorney for Federal Defendants*