IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Empire Leaseholder LLC**, and **Empire Offshore Wind LLC**,<br><br>Plaintiffs,<br><br>v.<br><br>**Douglas J. Burgum,** in his official capacity as Secretary of the Interior, **et al.**,<br><br>Defendants. | Case No. 1:26-cv-00004-CJN |

### NOTICE OF PROVIDING CLASSIFIED INFORMATION FOR *EX PARTE* AND *IN CAMERA* REVIEW

Consistent with the intent stated on January 9 (Dkt. No. 18), Federal Defendants notify the parties that Department of Justice security officials have been provided with the classified declaration of Hon. Dale R. Marks and appended classified materials so that they can be provided to the Court for *ex parte* and *in camera* review in conjunction with Federal Defendants' opposition to Plaintiff's motion for preliminary injunction (Dkt. No. 29).

January 13, 2026

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

PETER M. TORSTENSEN, JR.
Deputy Assistant Attorney General

*s/ Kristofor R. Swanson*
KRISTOFOR R. SWANSON
(Colo. Bar No. 39378)
JOHN K. ADAMS
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611

2

Washington, DC 20044-7611
(202) 598-1937
kristofor.swanson@usdoj.gov

*Attorney for Federal Defendants*