UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMPIRE LEASEHOLDER LLC, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DOUGLAS J. BURGUM, in his official capacity as Secretary of the Interior, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-00004-CJN<br><br>Judge Carl J. Nichols |

## PROPOSED ORDER

Pending before the Court is Plaintiffs Empire Leaseholder LLC's and Empire Offshore Wind LLC's ("Empire Wind") Motion for Leave to File Reply ("Reply") in support of Motion for Preliminary Injunction and Stay Pending Review ("Motion for Leave"). Having considered the Motion for Leave and accompanying exhibits, it is hereby

**ORDERED** that Plaintiffs' Motion for Leave is **GRANTED**; and it is

**FURTHER ORDERED** that the Clerk is directed to file (1) Empire Wind's Reply, (2) Hearing Transcript, and (3) the Rebuttal Declaration of Patrick England.

**IT IS SO ORDERED**, this _____ day of _____ 2026.

_____
Judge Carl J. Nichols
UNITED STATES DISTRICT JUDGE