AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Empire Leaseholder LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:26-cv-00004 |
| Burgum | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Federal Defendants.

Date:   01/14/2026

/s/ Stanley E. Woodward, Jr.
*Attorney's signature*

Stanley E. Woodward, Jr. (DC Bar No. 997320)
*Printed name and bar number*

U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
*Address*

stanley.woodward@usdoj.gov
*E-mail address*

(202) 514-2000
*Telephone number*

*FAX number*

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing will be served electronically to counsel of record via CM/ECF on January 14, 2026.

                                            */s/ Stanley E. Woodward, Jr.*
                                            Stanley E. Woodward, Jr.
                                            Associate Attorney General