# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| EMPIRE LEASEHOLDER LLC<br>and<br>EMPIRE OFFSHORE WIND LLC<br><br>*Plaintiff(s)*<br>v.<br>DOUGLAS J. BURGUM, in his official capacity as<br>Secretary of the Interior, et al.<br><br>*Defendant(s)* | Civil Action No. 1:26-cv-00004-CJN |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Civil Process Clerk (USADC.ServiceCivil@usdoj.gov)
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
601 D Street NW
Washington, DC 20004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ann D. Navaro, Esq.
BRACEWELL LLP
2001 M Street NW, Suite 900
Washington, DC 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 01/02/2026

/s/ Hannah Norton
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:26-cv-00004-CJN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Attorney for the District of Columbia

was received by me on *(date)* 01/05/2026 .

I, Teresa E. Permenter, a Litigation Assistant with the law firm of Bracewell LLP, being duly sworn, depose, and say:

That I have been duly authorized to make service of the (1) Summons, (2) Complaint (with Exhibits A and B), (3) Civil Cover Sheet, (4) Rule 26.1 Corporate Disclosures, and (5) Notice of Designation of Related Civil Cases in the above entitled case.

I am a competent person over the age of eighteen years and not a party to or interested in this action.

On January 5, 2026, I personally emailed a true copy of the (1) Summons, (2) Notice of Right to Consent to Trial Before a U.S. Magistrate Judge, (3) Complaint (with Exhibits A and B), (4) Civil Cover Sheet, (5) Rule 26.1 Corporate Disclosures, and (6) Notice of Designation of Related Civil Cases in the above entitled case addressed to the party to be served: Civil Process Clerk (USADC.ServiceCivil@usdoj.gov), U.S. Attorney for the District of Columbia, 601 D Street NW, Washington, DC 20004.

Service was made on January 5, 2026 as evidenced by the attached email confirmation received by the Civil Process Clerk (USADC.ServiceCivil@usdoj.gov), U.S. Attorney's Office for the District of Columbia. Service via email at USADC.ServiceCivil@usdoj.gov is allowed pursuant to the instructions posted at https://www.justice.gov/usao-dc/civil-division under "Service of Process in Civil Actions under Federal Rule of Civil Procedure 4(i)."

I declare under penalty of perjury that this information is true.

Date: 01/20/2026

*Server's signature*

Teresa E. Permenter, Litigation Assistant
*Printed name and title*

Bracewell LLP
2001 M Street NW, Suite 900, Washington, DC 20036
202-828-5800
*Server's address*

Additional information regarding attempted service, etc:

| | |
|---|---|
| **From:** | USADC-ServiceCivil |
| **To:** | Permenter, Teresa; USADC-ServiceCivil |
| **Cc:** | Navaro, Ann; Super, David; Johnson, Ty; Stuart, Taylor |
| **Subject:** | [EXTERNAL] RE: SERVICE OF PROCESS / Empire Leaseholder LLC, et al. v. Douglas Burgum, et al. (1:26-cv-00004-CJN / USDC-DC) |
| **Date:** | Friday, January 9, 2026 11:07:15 AM |

The summons and complaint have been received by email, with a service date of January 5, 2026.

Civil-process Clerk, U.S. Attorney's Office for the District of Columbia

---

**From:** Permenter, Teresa <teresa.permenter@bracewell.com>
**Sent:** Monday, January 5, 2026 2:55 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Cc:** Navaro, Ann <ann.navaro@bracewell.com>; Super, David <david.super@bracewell.com>; Johnson, Ty <tyler.johnson@bracewell.com>; Stuart, Taylor <taylor.stuart@bracewell.com>
**Subject:** [EXTERNAL] SERVICE OF PROCESS / Empire Leaseholder LLC, et al. v. Douglas Burgum, et al. (1:26-cv-00004-CJN / USDC-DC)

On behalf of Plaintiffs' Equinor Leaseholder LLC and Equinor Offshore Wind LLC, attached for service of process in the above-captioned case are the following:

1. Summons to USAO-DC [Dkt. 4]
2. Notice of Right to Consent to Trial Before a U.S. Magistrate Judge [Dkt. 4-1]
3. Complaint [Dkt. 3]
    a. Exhibit A [Dkt. 3-1]
    b. Exhibit B [Dkt. 3-2]
    c. Civil Cover Sheet [Dkt. 3-3]
    d. Summonses for All Defendants [Dkt. 3-4 thru 3-11]
4. Rule 26.1 Corporate Disclosures [Dkt. 2]
5. Notice of Designation of Related Civil Cases [Dkt. 1]

Thank you.

Ann D. Navaro
*Counsel for Plaintiffs*

---

**TERESA PERMENTER**
Professional Assistant
teresa.permenter@bracewell.com | download v-card

T: +1.202.828.1702 | F: +1.800.404.3970

**BRACEWELL LLP**

2001 M Street NW, Suite 900 | Washington, D.C. | 20036-3310
bracewell.com  |  profile  |  LinkedIn  |  Twitter

CONFIDENTIALITY STATEMENT
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.