**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| EMPIRE LEASEHOLDER LLC, *et al.*, | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | Case No. 1:26-cv-00004-CJN |
| v. | ) | |
| | ) | Judge Carl J. Nichols |
| DOUGLAS J. BURGUM, in his official | ) | |
| capacity as Secretary of the Interior, *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |

**JOINT MOTION FOR ENTRY OF SCHEDULING ORDER**

Pursuant to the Court's direction at the January 15, 2026 hearing on Plaintiffs' motion for preliminary injunctive relief, the parties hereby submit a proposed merits briefing schedule. The parties agree that the case is one for judicial review on the Bureau of Ocean Energy Management's administrative record. *See Limnia, Inc. v. U.S. Dep't of Energy*, 347 F. Supp. 3d 25, 33–34 (D.D.C. 2018). The parties present their proposed schedule below.

Federal Defendants' answer to Plaintiffs' complaint is currently due on March 6, 2026. However, given the schedule below and in the interests of judicial economy, the parties have agreed (and request that the Court order) that Federal Defendants' answer be deferred in favor of resolving the case through summary judgment briefing. Should any issues remain after cross-motions for summary judgment are decided, the parties will meet and confer regarding a schedule for Federal Defendants to respond to any remaining relevant portions of the complaint.

Based upon the foregoing, the parties request entry of the following schedule:

Administrative Record

- Federal Defendants are to certify the administrative record no later than **February 13, 2026.** Should Federal Defendants be able to certify the record in advance of that date, the parties will confer regarding whether the remaining dates in the schedule can be accelerated and, if so, submit a proposal to the Court.

- Any motion to add documents to the administrative record(s) or for the Court to consider extra-record evidence on the merits is due no later than **February 27, 2026**.  Any such motion will have the effect of vacating the summary judgment briefing schedule set forth below, and the parties will propose a new schedule within five days of the Court resolving the record motion.

<u>Dispositive Briefing</u>

- Plaintiffs will file their motion for summary judgment no later than **March 6, 2026.**

- Federal Defendants will file their combined response and cross-motion no later than **March 25, 2026**.

- Plaintiffs will file their combined response and reply, which shall not exceed 35 pages, no later than **April 13, 2026**.

- Federal Defendants will file their reply no later than **April 22, 2026**.

- The deadline for filing the appendix pursuant to Local Civil Rule 7(n) will be **April 29, 2026.**

Date:  January 20, 2026

Adam R.F. Gustafson
Principal Deputy Assistant Attorney
General

Peter M. Torstensen, Jr.
Deputy Assistant Attorney General

John K. Adams
Senior Counsel and Chief of Staff

 */s/ Kristofer R. Swanson*
Kristofor R. Swanson
(Colo. Bar No. 39378)
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
(202) 598-1937
kristofor.swanson@usdoj.gov

*Attorneys for Federal Defendants*

Respectfully submitted,

 */s/ Ann D. Navaro*
Ann D. Navaro (DC Bar #1643328)
David A. Super (DC Bar #429359)
Taylor M. Stuart (DC Bar #1671892)
**BRACEWELL LLP**
2001 M Street NW, Suite 900
Washington, DC 20036
Telephone:  (202) 828-5800
Facsimile:  (800) 404-3970
Email:  ann.navaro@bracewell.com
            david.super@bracewell.com
            taylor.stuart@bracewell.com

Tyler S. Johnson (DC Bar #1003009)
*(pro hac vice)*
**BRACEWELL LLP**
701 Fifth Avenue
Suite 3420
Seattle, Washington 98104
Telephone:  (206) 204-6211
Facsimile:  (800) 404-3970
Email:  ty.johnson@bracewell.com

*Counsel for Plaintiffs Empire Leaseholder LLC
and Empire Offshore Wind LLC*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 20th day of January 2026, a true and complete copy of the parties' *Joint Motion For Entry of Scheduling Order* was filed with the Clerk of the Court pursuant to the Court's electronic filing procedures, and served on counsel of record via the Court's electronic filing system.

 */s/ Ann D. Navaro*
Ann D. Navaro