# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMPIRE LEASEHOLDER LLC, *et al.*, ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> DOUGLAS J. BURGUM, in his official ) <br> capacity as Secretary of the Interior, *et al.*, ) <br> ) <br> *Defendants*. ) | Case No. 1:26-cv-00004-CJN <br><br> Judge Carl J. Nichols |

## SCHEDULING ORDER

Pending before the Court is the parties' Joint Motion for Entry of Scheduling Order (the "Joint Motion"). Having considered the Joint Motion, it is hereby

**ORDERED** that the parties' Joint Motion is **GRANTED**. Federal Defendants' obligation to answer or otherwise respond to the complaint is **STAYED** pending the Court's ruling on the parties' cross-motions for summary judgment; and it is

**FURTHER ORDERED** that the parties shall comply with the following summary judgment briefing schedule:

- Federal Defendants are to certify the administrative record no later than **February 13, 2026**. Should Federal Defendants be able to certify the record in advance of that date, the parties will confer regarding whether the remaining dates in the schedule can be accelerated and, if so, submit a proposal to the Court.

- Any motion to add documents to the administrative record(s) or for the Court to consider extra-record evidence on the merits is due no later than **February 27, 2026**. Any such motion will have the effect of vacating the summary judgment briefing schedule set forth

below, and the parties will propose a new schedule within five days of the Court resolving the record motion.

- Plaintiffs will file their motion for summary judgment no later than **March 6, 2026**.

- Federal Defendants will file their combined response and cross-motion no later than **March 25, 2026**.

- Plaintiffs will file their combined response and reply, which shall not exceed 35 pages, no later than **April 13, 2026**.

- Federal Defendants will file their reply no later than **April 22, 2026**.

- The deadline for filing the appendix pursuant to Local Civil Rule 7(n) will be **April 29, 2026**.

**IT IS SO ORDERED**, this 26th day of January, 2026.

_____
CARL J. NICHOLS
United States District Judge