UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMPIRE LEASEHOLDER LLC *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>DOUGLAS J. BURGUM, in his official capacity as Secretary of the U.S. Department of the Interior, *et al.*,<br><br>    Defendants. | C.A. No. 26-cv-00004-CJN |

**JOINT MOTION FOR ENTRY OF SCHEDULING ORDER**

By order dated January 26, 2026, the Court adopted the summary judgment briefing schedule jointly proposed by the parties in *Empire Leaseholder LLC v. Burgum*, C.A. No. 26-cv-00004-CJN, ECF No. 35. A few days later, the Court consolidated that action with *New York v. Burgum*, C.A. No. 26-cv-00071-CJN, ECF No. 14.

In the interest of judicial efficiency, the parties in *New York v. Burgum* jointly move to adopt the same schedule. Plaintiffs also consent to a stay of defendants' obligation to answer or otherwise respond to their complaint pending the resolution of the parties' forthcoming summary judgment motions. A proposed order is attached.

Dated:  New York, New York       Respectfully submitted,
         February 10, 2026

LETITIA JAMES
Attorney General of New York

/s/ *Libby Dimenstein*
Monica Wagner
   *Deputy Bureau Chief*
Rene F. Hertzog
Laura Mirman-Heslin
Joya Sonnenfeldt
   *Assistant Attorneys General*
Libby Dimenstein
   *Special Assistant Attorney General*
Environmental Protection Bureau
28 Liberty Street
New York, New York 10005
(212) 416-8469
libby.dimenstein@ag.ny.gov

Morgan Costello
   *Deputy Bureau Chief*
Environmental Protection Bureau
The Capitol
Albany, New York 12224

*Attorneys for Plaintiffs*

Adam R.F. Gustafson
   *Principal Deputy Assistant*
   *Attorney General*

Peter M. Torstensen, Jr.
   *Deputy Assistant Attorney General*

John K. Adams
   *Senior Counsel and Chief of Staff*

/s/ *Kristofor R. Swanson*
Kristofor R. Swanson
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 598-1937
kristofor.swanson@usdoj.gov

*Attorneys for Defendants*