UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMPIRE LEASEHOLDER LLC *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DOUGLAS J. BURGUM, in his official capacity as Secretary of the U.S. Department of the Interior, *et al.*, <br><br> Defendants. | C.A. No. 26-cv-00004-CJN |

**[PROPOSED] SCHEDULING ORDER**

Plaintiffs State of New York and the New York State Energy Research and Development Authority and defendants Douglas J. Burgum, in his official capacity as Secretary of the U.S. Department of the Interior, the U.S. Department of the Interior, Matthew Giacona, in his official capacity as Acting Director of the Bureau of Ocean Energy Management (BOEM), and BOEM have jointly moved for entry of a scheduling order. Having considered the joint motion, it is hereby:

**ORDERED** that the motion is GRANTED. Defendants' obligation to answer or otherwise respond to plaintiffs' complaint is STAYED pending the Court's ruling on summary judgment; and it is

**FURTHER ORDERED** that the parties shall comply with the summary judgment briefing schedule established by the Court's January 26, 2026 order, ECF No. 35.

**IT IS SO ORDERED** on this _____ day of _____, 2026.

_____
Honorable Carl J. Nichols
United States District Judge
