# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMPIRE LEASEHOLDER LLC, and EMPIRE OFFSHORE WIND LLC, <br><br> Plaintiffs, <br> v. <br><br> DOUGLAS J. BURGUM, et al., <br><br> Defendants. | Case No. 1:26-cv-004-CJN |
| STATE OF NEW YORK, et al., <br><br> Plaintiffs, <br> v. <br><br> DOUGLAS J. BURGUM, et al., <br><br> Defendants. | Case No. 1:26-cv-071-CJN (consolidated) |

## NOTICE OF ADMINISTRATIVE RECORD CERTIFICATION

Federal Defendants hereby notice the Bureau of Ocean Energy Management's certification of its administrative record for the December 22, 2025, suspension order challenged in these consolidated cases. The Administrative Record Certification and index are attached to this notice. The administrative record is being provided to Plaintiffs' counsel through the Justice Enterprise File Sharing system.

February 13, 2026

                   ADAM R.F. GUSTAFSON
                   Principal Deputy Assistant Attorney General

      *s/ Kristofor R. Swanson*
      KRISTOFOR R. SWANSON
      (Colo. Bar. No. 39378)
      Natural Resources Section
      Environment & Natural Resources Division
      U.S. Department of Justice
      P.O. Box 7611
      Washington, D.C. 20044-7611
      Telephone: (202) 598-1937
      kristofor.swanson@usdoj.gov

      *Attorney for Federal Defendants*