UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMPIRE LEASEHOLDER LLC, AND EMPIRE OFFSHORE WIND LLC,<br>    *Plaintiffs,*<br><br>  v.<br><br>DOUGLAS J. BURGUM, in his official capacity as Secretary of the Interior; U.S. DEPARTMENT OF THE INTERIOR; MATTHEW GIACONA, in his official capacity as Acting Director of the Bureau of Ocean Energy Management; and BUREAU OF OCEAN ENERGY | Case No. 1:26-cv-00004-CJN |

**ADMINISTRATIVE RECORD CERTIFICATION**

1. I, Matthew Giacona, am the Principal Deputy Director of the Bureau of Ocean Energy Management ("BOEM") within the Department of the Interior ("Department"). I also have served in a temporary capacity as the Bureau's Acting Director since approximately July 2025. I have served as Principal Deputy Director since May 18, 2025. Prior to this role, I served as Senior Advisor to the Secretary of the Interior from March 24, 2025, to May 17, 2025.

2. As part of my responsibilities as the Principal Deputy Director of BOEM, I oversee BOEM's review, approval, regulation and oversight of offshore wind projects in federal waters on the U.S. outer continental shelf. On December 22, 2025 I issued the suspension order to Empire Leaseholder LLC ("the suspension order"). Preceding that decision, I coordinated with officials in the Department, and I reviewed and considered relevant information provided by BOEM staff as well as information that the Department received from the Department of War.

3. The Department of War has designated as classified the information that I, along with other Department staff, considered in making the decision to issue the suspension order.

The records containing classified information were provided to the court for *ex parte*, *in camera* review on January 13, 2026 as attachments to the declaration of the Honorable Dale R. Marks.

4. I certify, to the best of my knowledge and belief and based on discussions with staff in the Department and BOEM, that the documents listed in the attached index, along with the classified documents previously provided to the court as attachments to the Marks' declaration constitute BOEM's Administrative Record for the suspension order.

Dated: February 12, 2025

MATTHEW GIACONA
Digitally signed by MATTHEW GIACONA
Date: 2026.02.12 14:14:24 -05'00'

_____
Matthew N. Giacona
Principal Deputy Director
Bureau of Ocean Energy Management
Department of the Interior