| Bates Range (Filename) | Title | Date | Author | Notes |
|---|---|---|---|---|
| AR0001-AR0002.pdf | Bureau of Ocean Energy Management Acting Director's Order regarding suspension of ongoing activities for 90 days for reasons of national security | December 22, 2025 | Giacona, Matthew. Acting Director, U.S. Department of the Interior, Bureau of Ocean Energy Management. | |
| AR0003-AR0012.pdf | Response to Matthew Giacona Data Call request for "DOD Information": Empire Wind Alternatives extracted from the Final Environmental Impact Statement | December 22, 2025 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR0013-AR0028.pdf | Response to Matthew Giacona Data Call request for "DOD Information": Stipulations and Conditions Related to the interests of the Department of Defense | December 22, 2025 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR0029-AR0029.pdf | Email from Joshua Gange to staff regarding instructions for the Matthew Giacona Data Call assignment | December 22, 2025 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR0030-AR0030.pdf | Email from Joshua Gange to staff regarding instructions for the Matthew Giacona Data Call assignment | December 22, 2025 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR0031-AR0032.pdf | Offshore Wind Operations | December 8, 2025 | U.S. Department of the Interior, Bureau of Safety and Environmental | |
| AR0033-AR0033.pdf | Impact of Offshore Wind Projects on Land-Based Radar | November 30, 2025 | Wischer, Greg. Deputy Chief of Staff - Policy, U.S. Department of the Interior. | |
| AR0034-AR0035.pdf | Empire Wind 1 Project Summary | November 24, 2025 | U.S. Department of Interior | |
| AR0036-AR0036.pdf | Map depicting lease areas | November 1, 2025 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR0037-AR0040.pdf | Empire Wind - OCS-A 0512 - Concerns and Mitigations | May 9, 2025 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR0041-AR0098.pdf | Amendment and Restatement of Renewable Energy Lease OCS-A 0512 | December 30, 2024 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR0099-AR0201.pdf | Empire Wind 1 Project Conditions of Construction and Operations Plan Approval (Updated) | December 20, 2024 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR0202-AR0203.pdf | Empire Wind 1 Project Conditions of Construction and Operations Plan Approval (Updated) Letter | December 20, 2024 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR0204-AR0307.pdf | Empire Wind 2 Project Conditions of Construction and Operations Plan Approval (Updated) | December 20, 2024 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR0308-AR0309.pdf | Empire Wind 2 Project Conditions of Construction and Operations Plan Approval (Updated) Letter | December 20, 2024 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR0310-AR0316.pdf | Email correspondence between David MacDuffee (BOEM) and Robbin Beard (Military Aviation and Installation Assurance Siting Clearinghouse) | December 18, 2024 | MacDuffee, David. Branch Chief, Projects and Coordination Branch. Bureau of Ocean Energy Management, U.S. Department of the Interior. | |
| AR0317-AR0318.pdf | Empire Wind Project Conditions of Construction and Operations Plan Approval Letter | February 21, 2024 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR0319-AR0416.pdf | Empire Wind Project Conditions of Construction and Operations Plan Approval | February 21, 2024 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR0417-AR0458.pdf | Update on the Efforts of the Wind Turbine Radar Interference Mitigation Working Group | February 1, 2024 | U.S. Department of Energy | |
| AR0459-AR0659.pdf | Record of Decision Empire Offshore Wind: Empire Wind Project (EW1 and EW2) Construction and Operations Plan | November 20, 2023 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR0660-AR1602.pdf | Empire Offshore Wind: Empire Wind Project (EW1 and EW2) Construction and Operations Plan Volume 2a: Physical Resources | November 1, 2023 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR1603-AR1805.pdf | Empire Offshore Wind: Empire Wind Project (EW1 and EW2) Construction and Operations Plan Volume 1: Project Information | November 1, 2023 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |

| Bates Range (Filename) | Title | Date | Author | Notes |
|---|---|---|---|---|
| AR1806-AR1808.pdf | Email correspondence between Michael Lignowski (Military Aviation Installation Assurance Siting Clearinghouse) and David MacDuffee and Mary Margaret Tarbox (BOEM) | September 20, 2023 | Lignowski, Michael. Military Aviation Installation Assurance Siting Clearinghouse. | |
| AR1809-AR1811.pdf | Attachment to Email. National Security Conditions. | September 20, 2023 | Lignowski, Michael. Military Aviation Installation Assurance Siting Clearinghouse. | |
| AR1812-AR2397.pdf | Empire Offshore Wind Final Environmental Impact Statement Volume 1, with Errata incorporated | September 15, 2023 | U.S. Department of the Interior, Bureau of Ocean Energy Management | Contains errata edits from November 15, 2023 |
| AR2398-AR2869.pdf | Empire Offshore Wind Final Environmental Impact Statement Volume 2 | September 15, 2023 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR2870-AR3307.pdf | Empire Offshore Wind Final Environmental Impact Statement Volume 3 | September 15, 2023 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR3308-AR4055.pdf | Empire Offshore Wind Final Environmental Impact Statement Volume 4 | September 15, 2023 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR4056-AR4531.pdf | Empire Offshore Wind Final Environmental Impact Statement Volume 5 | September 15, 2023 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR4532-AR4551.pdf | Appendix G Safety Management System (confidential information redacted) | August 1, 2023 | U.S. Department of the Interior, Bureau of Ocean Energy Management | Contains Confidential Business Information pursuant to the Trade Secrets Act, 18 U.S.C. § 1905, subsection 8(p) of the Outer Continental Shelf Lands Act, 43 U.S.C. § 1337(p)(8), and 30 C.F.R. § 585.113 |
| AR4552-AR4576.pdf | Appendix B Summary of Agency Engagement | July 1, 2023 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR4577-AR4683.pdf | Appendix A Coastal Zone Management Consistency Statements | July 1, 2023 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR4684-AR4747.pdf | Appendix E Conceptual Project Design Drawings | July 1, 2023 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR4748-AR4755.pdf | Appendix BB Aircraft Detection Lighting System (ADLS) Analysis | May 1, 2022 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR4756-AR4776.pdf | Appendix CC Obstruction Evaluation and Airspace Analysis | May 1, 2022 | U.S. Department of the Interior, Bureau of Ocean Energy Management | |
| AR4777-AR4872.pdf | Wind Turbine Generator Impacts to Marine Vessel Radar | February 1, 2022 | National Academies of Sciences, Engineering, and Medicine. | |
| AR4873-AR4912.pdf | Coastal High Frequency Radar Wind Turbine Interference Mitigation | December 1, 2021 | Trockel D., Trockel J., Whelan C. | |
| AR4913-AR4913.pdf | Letter from Military Aviation and Installation Assurance Siting Clearinghouse to BOEM | April 23, 2021 | Sample, Steven. Executive Director. Military Aviation and Installation Assurance Siting Clearinghouse. | |
| AR4914-AR4914.pdf | Letter from Military Aviation and Installation Assurance Siting Clearinghouse to Equinor | August 25, 2020 | Sample, Steven. Executive Director. Military Aviation and Installation Assurance Siting Clearinghouse. | |
| AR4915-AR4916.pdf | Letter from Equinor to Military Aviation and Installation Assurance Siting Clearinghouse | August 19, 2020 | Morales, Laura. Leader - Permitting. Equinor Wind US LLC. | |
| AR4917-AR5113.pdf | Radar Interference Analysis for Renewable Energy Facilities on the Atlantic Outer Continental Shelf | August 1, 2020 | Colburn R., Randolph C., Drummond C., Miles M., Brody F., McGillen C., Krieger A., Jankowski R., | |
| AR5114-AR5114.pdf | Letter from Military Aviation and Installation Assurance Siting Clearinghouse to Equinor | July 29, 2020 | Sample, Steven. Executive Director. Military Aviation and Installation Assurance Siting Clearinghouse. | |
| AR5115-AR5115.pdf | Letter from Military Aviation and Installation Assurance Siting Clearinghouse to Equinor | January 29, 2020 | Tickle, Ronald. Executive Director. Military Aviation and Installation Assurance Siting Clearinghouse. | |
| AR5116-AR5164.pdf | Impact Assessment and Mitigation of Offshore Wind Turbines on High Frequency Coastal Oceanographic Radar | August 1, 2018 | Trockel D, Rodriguez-Alegre I, Barrick D, Whelan C. | |