# Exhibit 1

600 Washington Blvd Suite 800
Stamford, Connecticut 06901



March 3, 2026

Mr. Doug Burgum
Secretary of the Interior

Mr. Matthew Giacona
Acting Director
Bureau of Ocean Energy Management

1849 C Street, N.W.
Washington, DC 20240

*By email to Mr. Giacona (matthew.giacona@boem.gov)*

Re:  Empire Wind 1 Project

Dear Mr. Secretary and Acting Director Giacona:

      We are writing to follow up on the recent meetings and email communications between representatives of Empire Wind and representatives of the Department of the Interior ("Interior") and the Bureau of Ocean Energy Management ("BOEM") regarding the Empire Wind 1 Project. The purpose of these communications has been to address the claims made by BOEM in its December 22, 2025, Director's Order ("Suspension Order"), based on a report from the Department of War ("DoW"), that the Empire Wind 1 Project raises national security concerns that necessitate evaluation of potential mitigation by DoW and BOEM.  That report was not provided to Empire Wind at the time, nor has it been provided to date, notwithstanding Empire Wind's request at that time and subsequently that the report be made available to representatives with appropriate security clearances.

      Empire Wind has engaged in these discussions in good faith, and will continue to do so. To date, however, Empire Wind's efforts have been forestalled by the apparent unwillingness of DoW to engage directly with Empire Wind and by the lack of substantive engagement with Empire Wind by both BOEM and DoW regarding the alleged national security concerns and potential mitigation measures to address them.  BOEM's and DoW's actions are depriving Empire Wind of any meaningful opportunity to address and resolve the government's alleged concerns.  Empire Wind has prioritized its collaborative relationship with BOEM and DoW throughout the history of the project and remains confident that collaboration would lead to resolution of any legitimate government concerns.

      As a threshold matter, as BOEM is well aware, in the decade-plus process leading up to BOEM's approval of Empire Wind's Construction and Operations Plan, DoW actively participated in BOEM's process, both to identify the areas appropriate for leasing, and then in review and approval of the Empire Wind Project.  As a result of Empire Wind's and BOEM's consultation with DoW, DoW proposed and BOEM adopted numerous mitigation measures for national security purposes, each of which was incorporated into the Project's approvals and which

1

600 Washington Blvd Suite 800
Stamford, Connecticut 06901



addressed identified potential impacts.  In addition, a 2024 report by the Department of Energy confirmed that "the development and use of radar interference mitigation techniques, and collaboration both among federal agencies and between the federal government and the wind industry have enabled federal radar agencies to continue to perform their missions without significant impacts and have also enabled significant wind energy deployments throughout the United States."[1]  This categorical conclusion speaks to the confidence that wind energy and national security are completely compatible.

In the wake of the Suspension Order, Empire Wind promptly sought a meeting with BOEM to understand the stated national security concerns and opportunities for resolution.  This meeting occurred with Mr. Giacona and Mr. Christopher Danley on January 2, 2026, but they did not provide information about the nature of and basis for the government's concerns or identify any path forward.  Lacking any prospect of a timely resolution and facing potentially catastrophic consequences, Empire Wind filed suit to challenge the Suspension Order.  Having reviewed *in camera* the national security related materials submitted by the government *ex parte*, the Court issued a preliminary injunction against the suspension order.  However, as Empire Wind stated in court during the hearing on Empire Wind's motion for preliminary injunction, Empire Wind was and is willing to continue to discuss the government's stated national security concerns and potential mitigation.  The Court specifically noted that nothing about the preliminary injunction would prevent those discussions.

Having heard nothing from the agency, Empire Wind reached out to BOEM on January 29, 2026, to request a meeting. In response, BOEM met with Empire Wind on February 11, 2026 — but DoW did not participate.  At the meeting, BOEM provided no information about the nature of or basis for the national security concerns beyond referencing public statements by Secretary Burgum.  Further, the only request that BOEM made of Empire Wind was to provide information regarding measures taken at projects elsewhere in the world related to minimization of radar interference.  On February 12, 2026, Empire Wind advised BOEM that it had identified relevant information and would provide that information as soon as possible.  On February 23, 2026, Empire Wind sent BOEM an email with information regarding Equinor's global offshore wind portfolio and specific mitigation measures taken at other offshore wind projects with respect to radar degradation and drones.

Empire Wind and BOEM met again on February 26, 2026, to discuss those potential mitigation measures.  Once again, DoW did not participate.  And once again, BOEM provided no information about the government's alleged concerns and no feedback regarding the utility of the information that Empire Wind submitted.  Empire Wind has engaged in this process and provided specific information in good faith but those efforts have been impacted by the lack of information regarding any actual national security risks that have not already been mitigated and by the lack of meaningful engagement by BOEM or DoW.  Empire Wind has made repeated requests to allow its personnel with appropriate security clearances to engage with DoW and BOEM on the issue,

---

[1] U.S. Dep't of Energy, *Update on Effort of the Wind Turbine Radar Interference Mitigation Working Group: Report to Congress*, at ii (Feb. 2024)

600 Washington Blvd Suite 800  
Stamford, Connecticut 06901



to no avail.  BOEM has indicated that such engagement is up to DoW, and DoW has not acted on Empire Wind's request or contacted Empire Wind.  Indeed, Empire Wind has learned more about the government's asserted national security concerns in public statements by Secretary Burgum than it has in any meetings and communications directly with the BOEM.[2]  Of particular note, Secretary Burgum has mentioned the threat of autonomous submarines in public several times, but BOEM has never asked Empire Wind to address this alleged concern.

Although Empire Wind believes that, based upon the information available to it, no additional mitigation measures are needed, Empire Wind takes national security concerns seriously and continues to be willing and able to work with the government on mitigation for any identified concerns – as Equinor has done at offshore wind projects overseas.  However, to date, the information that Empire Wind has provided and its offers of close collaboration, including by individuals with appropriate clearance, have been met with no reciprocal efforts by the government – except to agree to meetings that lack substance or technical engagement.  This leads Empire Wind to conclude that the alleged national security concerns may be a pretext to effect the broader policy goals of the Administration with respect to offshore wind, meaning the Suspension Order and the underlying national security concerns are simply another attempt to stop the project following the Stop Work Order issued to Empire Wind in April of 2025 and as illustrated by the five stop work orders issued, unsuccessfully, to other offshore wind projects under construction.[3]

As a next step, Empire Wind requests a meeting with BOEM and DoW, including technical experts, to discuss the information provided by Empire Wind, any questions that DoW and BOEM may have regarding that information, and additional questions from DoW and BOEM

---

[2] *See*, e.g., Bloomberg, Interview of Secretary of the Interior Doug Burgum (Feb. 11, 2026), https://www.bloomberg.com/news/videos/2026-02-11/coal-kept-the-lights-on-during-storms-burgum-says-video (referencing concerns about autonomous drones and submarines); Fox News Clips, Proof is already here: Doug Burgum doubles down on admin pausing THIS, YouTube (Dec. 23, 2025), https://www.youtube.com/watch?v=s2RuY5WbN5Y (addressing radar and radar interference); Audrey Streb, "*Did People Forget About 9/11?": Doug Burgum Warns Of Wind Energy Security Risks*, Daily Caller News Foundation (Feb. 24, 2026), https://rumble.com/v767mqm-dcnf-audrey-streb-interviews-doug-burgum.html (addressing autonomous drones and submarines).

[3] *See, e.g*., Presidential Memorandum, Temporary Withdrawal of All Areas on the Outer Continental Shelf from Offshore Wind Leasing and Review of the Federal Government's Leasing and Permitting Practices for Wind Projects, 90 Fed. Reg. 8,363 (Jan. 29, 2025); Exec. Order No. 14,315, Ending Market Distorting Subsidies for Unreliable, Foreign Controlled Energy Sources, 90 Fed. Reg. 30,821 (July 10, 2025); U.S. Dep't of the Interior, Order No. 3,438, Managing Federal Energy Resources and Protecting the Environment (Aug. 1, 2025); Reuters, Trump Orders Suspension of New Offshore Wind Power Leasing (Jan. 21, 2025, at 11:03 a.m.), https://www.reuters.com/sustainability/climate-energy/trump-signals-end-new-us-windpower-leasing-2025-01-21/; President Trump: "[M]y goal is not to build any windmills in this country." Aaron Rupar (@atrupar), X (Jan. 9, 2026, at 4:10 p.m.), https://x.com/atrupar/status/2009734529045364757?s=46; Secretary Burgum: "Under this administration, there is not a future for offshore wind because it is too expensive and not reliable enough. . . . [T]hese [offshore wind] projects are a literal train wreck in terms of their economics. . . . If we were to complete them then we're just locking in billions and billions of taxpayer money which might be going to a hedge fund." Spencer Kimball, CNBC, Offshore Wind Has No Future in the U.S. Under Trump Administration, Interior Secretary Says (Sept. 11, 2025, at 9:45 a.m.), https://www.cnbc.com/2025/09/11/offshore-wind-renewables-energy-trumpburgum.html?msockid=3e5ad34f0c9566c01293c5a60df76719.

600 Washington Blvd Suite 800
Stamford, Connecticut 06901



regarding potential measures.  Empire Wind also once again requests that its cleared personnel be given access to the information that forms the basis for the government's alleged concerns.  It is critical both that Empire Wind be allowed to understand the nature of the government's asserted concerns and that knowledgeable representatives from DoW be included in further discussions so as to meaningfully pursue a resolution.  Empire Wind looks forward to further engagement and remains committed to working collaboratively to resolve all legitimate concerns.

Sincerely,

Molly Morris

Copies to:
Matthew Palmer
Jacob Tyner
Christopher Danley