**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EMPIRE LEASEHOLDER LLC and EMPIRE OFFSHORE WIND LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>DOUGLAS J. BURGUM, in his official capacity as Secretary of the Interior, *et al.*,<br><br>*Defendants.* | Case No. 1:26-cv-00004-CJN |
| STATE OF NEW YORK, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DOUGLAS J. BURGUM, in his official capacity as Secretary of the Interior, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-00071-CJN<br>*(consolidated)* |

**AMENDED LOCAL RULE 26.1 CORPORATE DISCLOSURE STATEMENT**

I, ANN D. NAVARO, the undersigned counsel of record for Empire Offshore Wind LLC and Empire Leaseholder LLC, certify that to the best of my knowledge and belief, Empire Offshore Wind LLC is a Delaware limited liability company whose sole member is Empire Leaseholder LLC, and Empire Leaseholder LLC is a Delaware limited liability company whose sole member is Empire Offshore Mezz LLC.

Plaintiffs have recently undergone a corporate restructuring resulting in changes to the members of each limited liability company. Both Empire Offshore Wind LLC and Empire Leaseholder LLC remain indirect, wholly owned subsidiaries of Equinor ASA. No company owns 10% or more of the stock of Equinor ASA.

-2-

Date:  April 3, 2026

Respectfully submitted,

 /s/ Ann D. Navaro
Ann D. Navaro (DC Bar #1643328)
**BRACEWELL LLP**
2001 M Street NW, Suite 900
Washington, DC 20036
Telephone:  (202) 828-5800
Facsimile:  (800) 404-3970
Email:  ann.navaro@bracewell.com

***Counsel for Plaintiffs Empire Leaseholder LLC
and Empire Offshore Wind LLC***

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 3rd day of April 2026, a true and complete copy of the *Amended Local Rule 26.1 Corporate Disclosure Statement* was filed with the Clerk of the Court pursuant to the Court's electronic filing procedures, and served on counsel of record via the Court's electronic filing system.

*/s/ Ann D. Navaro*
Ann D. Navaro
