**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| EMPIRE LEASEHOLDER LLC, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-00004-CJN |
| | ) | |
| DOUGLAS J. BURGUM, in his official | ) | |
| capacity as Secretary of the Interior, *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |
| STATE OF NEW YORK, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-00071-CJN |
| | ) | *(consolidated)* |
| DOUGLAS J. BURGUM, in his official | ) | |
| capacity as Secretary of the Interior, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

**JOINT MOTION FOR ENTRY OF SCHEDULING ORDER**

Pursuant to the Court's April 9, 2026 Order (Dkt. No. 52), the parties hereby submit the following proposed schedule for briefing their cross-motions for summary judgment:

- Plaintiffs will file their motions for summary judgment no later than **May 12, 2026.**

- Federal Defendants will file their combined response and cross-motion no later than **June 16, 2026**.

- Plaintiffs will file their combined responses and replies, which shall not exceed 35 pages each, no later than **July 14, 2026**.

- Federal Defendants will file their reply no later than **August 4, 2026**.

- The deadline for filing the appendix pursuant to Local Civil Rule 7(n) will be **August 11, 2026.**

Date:  April 15, 2026

Adam R.F. Gustafson
Principal Deputy Assistant Attorney General

Peter M. Torstensen, Jr.
Deputy Assistant Attorney General

John K. Adams
Senior Counsel and Chief of Staff

 */s/ Kristofer R. Swanson*
Kristofor R. Swanson
(Colo. Bar No. 39378)
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044-7611
(202) 598-1937
kristofor.swanson@usdoj.gov

**Counsel for Federal Defendants**

Respectfully submitted,

 */s/ Ann D. Navaro*
Ann D. Navaro (DC Bar #1643328)
David A. Super (DC Bar #429359)
Taylor M. Stuart (DC Bar #1671892)
**BRACEWELL LLP**
2001 M Street NW, Suite 900
Washington, DC 20036
Telephone:  (202) 828-5800
Facsimile:  (800) 404-3970
Email:  ann.navaro@bracewell.com
            david.super@bracewell.com
            taylor.stuart@bracewell.com

Tyler S. Johnson (DC Bar #1003009)
*(pro hac vice)*
**BRACEWELL LLP**
701 Fifth Avenue
Suite 6850
Seattle, Washington 98104
Telephone:  (206) 204-6211
Facsimile:  (800) 404-3970
Email:  ty.johnson@bracewell.com

**Counsel for Plaintiffs Empire Leaseholder LLC
and Empire Offshore Wind LLC**

*(Signatures Continued On Next Page)*

-3-

/s/ Libby Dimenstein
Monica Wagner
    *Deputy Bureau Chief*
Rene F. Hertzog
Laura Mirman-Heslin
Joya Sonnenfeldt
    *Assistant Attorneys General*
Libby Dimenstein
    *Special Assistant Attorney General*
Environmental Protection Bureau
28 Liberty Street
New York, New York 10005
(212) 416-8469
libby.dimenstein@ag.ny.gov
Morgan Costello
    *Deputy Bureau Chief*
Environmental Protection Bureau
The Capitol
Albany, New York 12224

***Counsel for Plaintiffs State of New York and New York State Energy Research and Development Authority***

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 15th day of April 2026, a true and complete copy of the parties' *Joint Motion For Entry of Scheduling Order and proposed Order* was filed with the Clerk of the Court pursuant to the Court's electronic filing procedures, and served on counsel of record via the Court's electronic filing system.

*/s/ Ann D. Navaro*
Ann D. Navaro