**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| EMPIRE LEASEHOLDER LLC, *et al.*, | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-00004-CJN |
| | ) | |
| DOUGLAS J. BURGUM, in his official | ) | |
| capacity as Secretary of the Interior, *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |
| STATE OF NEW YORK, *et al.*, | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-00071-CJN |
| | ) | *(consolidated)* |
| DOUGLAS J. BURGUM, in his official | ) | |
| capacity as Secretary of the Interior, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

**ORDER**

Pending before the Court is the parties' Joint Motion for Entry of Scheduling Order (the "Joint Motion").  Having considered the Joint Motion, it is hereby

**ORDERED** that the parties' Joint Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the parties shall comply with the following summary judgment briefing schedule:

- Plaintiffs will file their motions for summary judgment no later than **May 12, 2026**.

- Federal Defendants will file their combined response and cross-motion no later than **June 16, 2026**.

- Plaintiffs will file their combined responses and replies, which shall not exceed 35 pages each, no later than **July 14, 2026**.

- Federal Defendants will file their reply no later than **August 4, 2026**.

- The deadline for filing the appendix pursuant to Local Civil Rule 7(n) will be **August 11, 2026.**

**IT IS SO ORDERED**, this 22nd day of April 2026.

_____
CARL J. NICHOLS
United States District Judge