### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMPIRE LEASEHOLDER LLC, and EMPIRE OFFSHORE WIND LLC, <br><br> Plaintiffs, <br><br>      v. <br><br> DOUGLAS J. BURGUM, et al., <br><br> Defendants. | Case No. 1:26-cv-004-CJN |
| STATE OF NEW YORK, et al., <br><br> Plaintiffs, <br><br>      v. <br><br> DOUGLAS J. BURGUM, et al., <br><br> Defendants. | Case No. 1:26-cv-071-CJN (consolidated) |

**FEDERAL DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Federal Defendants Douglas J. Burgum, in his official capacity as Secretary of the Interior, Matthew Giacona, in his official capacity as Acting Director of the Bureau of Ocean Energy Management, and the U.S. Department of the Interior hereby move the Court for an order granting summary judgment in their favor on all claims in Plaintiffs Empire Leaseholder LLC, Empire Offshore Wind LLC, the State of New York, and the New York State Energy Research and Development Authority's complaints. Federal Defendants bring this motion under Rule 56 of the

1

Federal Rules of Civil Procedure and Local Civil Rule 7(h). Federal Defendants' motion for summary judgment is based on this motion, the accompanying supporting memorandum, and the certified administrative record.

June 16, 2026

STANLEY E. WOODWARD, JR.
Associate Attorney General

JOHN K. ADAMS
Deputy Associate Attorney General

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

BRADLEY CRAIGMYLE
Deputy Assistant Attorney General

 _s/ Kristofor R. Swanson__
KRISTOFOR R. SWANSON
(Colo. Bar. No. 39378)
AMANDA K. RUDAT
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 598-1937 (Swanson)
kristofor.swanson@usdoj.gov

*Attorneys for Federal Defendants*

2