## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMPIRE LEASEHOLDER LLC, and EMPIRE OFFSHORE WIND LLC, <br><br> Plaintiffs, <br><br>      v. <br><br> DOUGLAS J. BURGUM, et al., <br><br> Defendants. | Case No. 1:26-cv-004-CJN |
| STATE OF NEW YORK, et al., <br><br> Plaintiffs, <br><br>      v. <br><br> DOUGLAS J. BURGUM, et al., <br><br> Defendants. | Case No. 1:26-cv-071-CJN (consolidated) |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' motions for summary judgment, Federal Defendants' cross-motion for summary judgment, and the parties' memoranda in support and in opposition, it is hereby ORDERED that Federal Defendants' cross-motion for summary judgment is GRANTED, and that Plaintiffs' motions for summary judgment are DENIED.

Dated:

_____
CARL J. NICHOLS
United States District Judge