**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EMPIRE LEASEHOLDER LLC *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DOUGLAS J. BURGUM,<br>in his official capacity as Secretary of the U.S. Department of the Interior, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:26-cv-00004 (CJN) |
| STATE OF NEW YORK *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DOUGLAS J. BURGUM,<br>in his official capacity as Secretary of the U.S. Department of the Interior, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:26-cv-00071 (CJN)<br>(consolidated) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, ECF No. 68, it is hereby

**ORDERED** that Defendants' Cross-Motion for Summary Judgment, ECF No. 59, is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' Complaints, ECF No. 3 (1:26-cv-00004) and ECF No. 1 (1:26-cv-00071), are **DISMISSED** without prejudice as moot; and it is further

**ORDERED** that all other pending motions are **DENIED AS MOOT**.

This is a final and appealable Order.

The Clerk of Court is directed to terminate this case.

DATE: September 30, 2026

CARL J. NICHOLS
United States District Judge